O:\MAXWELL FILES\Glass, Walter\Plan documents\Certificate of  Service Mail.doc
04-104-035

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                            )
                                                  ) No. 05 B 03412
WALTER M. GLASS,                                  ) Hon. Jacqueline P. Cox
          Debtor and Debtor in possession.        ) Chapter 11
                                                  )  Date of Hearing: September 19, 2006

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a copy of the following documents: 1) Order Setting Final Hearing on Adequacy of Disclosure Statement Combined with Hearing on Confirmation of Plan, And Fixing Time For Filing Acceptances or Rejections of Plan and Notice Thereof, 2) Plan of Reorganization, 3) Disclosure Statement, and 4) Class 4 Ballot For Accepting or Rejecting Plan of  Reorganization, to be served upon the parties listed in the attached service list by United States Mail, postage prepaid, on or before August 17, 2006

Andrew J. Maxwell (ARDC#1799159)
Vikram R. Barad (ARDC#6277076)
Maxwell & Potts, LLC
105 West Adams St., Suite 3200
Chicago, IL 60603
(312) 368-1138


 /s/ Andrew J. Maxwell

U.S. Trustee
227 West Monroe Street
Suite 3350
Chicago, IL 60606

Walter M. Glass
256 H East North Water Street
Chicago, IL 60606

American Express
P.O. Box 297804
Ft. Lauderdale, FL 33329-7804

Bank of America
P.O. Box 53132
Phoenix, AZ 85072-3132

Bank One
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153

Basalt Mini Storage
Basalt, CO

Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015

Chase Platinum MasterCard
P.O. Box 52108
Phoenix, AZ 85072-2108

Citi Cards
P.O. Box 6404
The Lakes, NV 88901-6404

Countrywide Mortgage
P.O. Box 10219
Van Nuys, CA 91410-0219

Downey Land Limited
9530 East Imperial Highway
Suite 3
Downey, CA 90242

Glass Gorham Company
Attn: Geoffrey Glass
7700 Austin Ave.
Skokie, IL 60077

IRS
2001 W. Butterfield Rd.
Downers Grove, IL 60515

IRS
Mail Stop  5016 CHI
230 S. Dearborn Street
Chicago, IL 60604

Jerome F. Crotty, Esq.,
Rieck and Crotty, P.C.
55 West Monroe, Suite 3390
Chicago, IL 60603

MBNA America
P.O. Box 15026
Wilmington, DE 19850-5026

MidCity Bank
304 South 42nd Street
Omaha, NE 68131

Northern Trust Bank of Florida N.A.
Naples – Fifth Avenue
375 Fifth Avenue South
Naples, FL 34102

Oregon Department of Revenue
955 Center Street NE
Salem, OR 97301-2555

Providian
P.O. Box 660487
Dallas, TX 75266-0487

Walter Glass, Sr.
11 Country Lane
Northfield, IL