1/11/2007                 **Maxwell & Potts, LLC**

9:50 AM                  **Time Detail**                  Page     1

---

## Selection Criteria

---

| Clie.Selection | Include: Glass, Walter2 |
|---|---|
| Slip.Date | 8/1/2006 - Latest |

---

| | | | |
|---|---|---|---|
| Nickname | Glass, Walter2 | 04-104-0435 | |
| Full Name | Walter Glass | | |
| Address | | | |
| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | Services from August 1, 2006 | | |
| Last bill | | | |
| Last charge | 1/9/2007 | | |
| Last payment | 9/11/2006 | Amount | $25,000.00 |

| Date | Attorney | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |

**Nickname 2: 01**

| 8/2/2006 | AJM-2006 | 400.00 | 0.40 | 160.00 | Billable |
|---|---|---|---|---|---|
| 106939 | review | | | | |

and correct time detail May - July for fee application
Reference:     EMPLOYMENT & PAYMENT OF PROFESSIONALS

| 8/7/2006 | AJM-2006 | 400.00 | 0.20 | 80.00 | No Charge |
|---|---|---|---|---|---|
| 109369 | conference w/ | | 0.20 | 80.00 | |

LD re time detail for fees, need to review draft application
Reference:     EMPLOYMENT & PAYMENT OF PROFESSIONALS

| 8/10/2006 | AJM-2006 | 400.00 | 0.40 | 160.00 | Billable |
|---|---|---|---|---|---|
| 111738 | revise | | | | |

application for compensation to Irv Nissen, review prior application
Reference:     EMPLOYMENT & PAYMENT OF PROFESSIONALS

| 8/11/2006 | AJM-2006 | 400.00 | 0.20 | 80.00 | Billable |
|---|---|---|---|---|---|
| 111741 | revise | | | | |

attorney fee application
Reference:     EMPLOYMENT & PAYMENT OF PROFESSIONALS

| 8/11/2006 | AJM-2006 | 400.00 | 0.30 | 120.00 | Billable |
|---|---|---|---|---|---|
| 111740 | revise | | | | |

order for accountant's fees, revise application for accountant's fees
Reference:     EMPLOYMENT & PAYMENT OF PROFESSIONALS

| 8/11/2006 | AJM-2006 | 400.00 | 0.10 | 40.00 | Billable |
|---|---|---|---|---|---|
| 111739 | e-mail(s) | | | | |

Walter re attorney's fees & costs, accountant's fees, mailing of applications
Reference:     EMPLOYMENT & PAYMENT OF PROFESSIONALS

1/11/2007                          Maxwell & Potts, LLC
9:51 AM                              Time Detail                          Page        2

## Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/14/2006 111743 | AJM-2006 conference w/ | 400.00 | 0.20 | 80.00 | Billable |

VRB re declaration for J. Crotty, order for fee application, declaration for
Bob McKenzie to be employed as tax counsel
Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS

| 8/14/2006 111742 | AJM-2006 revise | 400.00 | 1.50 | 600.00 | Billable |

attorney fee application ( and application to employ and pay Jerry Crotty),
prepare first draft order
Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS

| 8/14/2006 107231 | VRB-2006 draft | 195.00 | 0.20 | 39.00 | Billable |

proposed fee order regarding debtor's application for interim compensation
and reimbursement of expenses and for other relief
Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS

| 8/14/2006 107232 | VRB-2006 draft | 195.00 | 0.20 | 39.00 | Billable |

proposed unsworn declaration for Jerome F. Crotty, proposed special
counsel
Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS

| 8/15/2006 111745 | AJM-2006 revise | 400.00 | 0.50 | 200.00 | Billable |

attorney fee application to reflect a) time detail filed separately, b) Crotty
declaration and 327(e) v. (a) in regard to J.Crotty
Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS

| 8/15/2006 111744 | AJM-2006 revise | 400.00 | 0.30 | 120.00 | Billable |

declaration for J. Crotty
Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS

| 8/16/2006 111747 | AJM-2006 revise | 400.00 | 1.00 | 400.00 | Billable |

fee applications for attorney and accountant
Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS

| 8/16/2006 109385 | LAK-2006 work on | 125.00 | 0.80 | 100.00 | Billable |

interim fee application
Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS

| 8/17/2006 109387 | LAK-2006 file | 125.00 | 0.80 | 100.00 | Billable |

attorney fee application and accountant fee application electronically after
converting to PDF

1/11/2007
9:51 AM

Maxwell & Potts, LLC
Time Detail

Page      3

## Glass, Walter2:Walter Glass (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |
| 9/6/2006<br>111763 | AJM-2006<br>appear in court<br>re attorney's (M & P and J. Crotty) and accountant fee applications; review<br>applications re same<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 400.00 | 0.70 | 280.00 | Billable |
| 9/22/2006<br>109985 | LAK-2006<br>e-mail(s)<br>to Irv Nissen re Fee Application for period of 7/01 - 9/30/06<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 125.00 | 0.20 | 25.00 | Billable |
| 10/5/2006<br>111733 | AJM-2006<br>review<br>Irv Nissen time detail for fee application (includes estimated time); e-mail<br>to him re same; conf. w/ LAK re draft interim fee application<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 400.00 | 0.20 | 80.00 | Billable |
| 10/5/2006<br>109986 | LAK-2006<br>review<br>Nissen time detail, begin draft of 3rd  fee app<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 125.00 | 0.40 | 50.00 | Billable |
| 10/13/2006<br>111737 | AJM-2006<br>revise<br>interim fee application for Irv Nissen, review his billings re same<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 400.00 | 0.50 | 200.00 | Billable |
| 10/13/2006<br>111781 | LAK-2006<br>complete<br>first draft of 3rd interim accountant fee application<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 125.00 | 0.30 | 37.50 | Billable |
| 10/16/2006<br>111820 | AJM-2006<br>revise<br>accountant fee application (twice)(.4); e-mail to Irv Nissen to confirm<br>balance due (.1); review Irv's response<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 400.00 | 0.50 | 200.00 | Billable |
| 10/16/2006<br>111784 | LAK-2006<br>revise<br>3rd interim accountant fee application; prepare draft order<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 125.00 | 0.50 | 62.50 | Billable |
| 10/19/2006<br>111815 | LAK-2006<br>revise<br>3rd interim application to pay accountant per AJM revisions - edit service<br>list | 125.00 | 0.30<br>0.30 | 37.50<br>37.50 | No Charge |

1/11/2007
9:51 AM

Maxwell & Potts, LLC
Time Detail

Page     4

## Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |
| 10/19/2006 | AJM-2006 | 400.00 | 0.20 | 80.00 | Billable |
| 111866 | revise | | | | |
| | fee application for Irv Nissen | | | | |
| | Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |
| 11/30/2006 | AJM-2006 | 400.00 | 0.20 | 80.00 | Billable |
| 113190 | review | | | | |
| | billing from Irv Nissen,email save re detail, review email responses | | | | |
| | Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |
| 12/1/2006 | AJM-2006 | 400.00 | 0.10 | 40.00 | Billable |
| 113201 | review | | | | |
| | revised time detail from Irv Nissen (for final fee application),  Save to H D | | | | |
| | Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |
| 12/5/2006 | LAK-2006 | 125.00 | 0.30 | 37.50 | Billable |
| 113081 | prepare | | | | |
| | 1st draft of accountants 4th interm fee application & draft order | | | | |
| | Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |
| 1/7/2007 | AJM-2006 | 400.00 | 1.00 | 400.00 | Billable |
| 114754 | revise | | | | |
| | time detail re final Ch11 fee application | | | | |
| | Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |
| 1/9/2007 | AJM-2006 | 400.00 | 1.00 | 400.00 | Billable |
| 114957 | revise | | | | |
| | final attorney fee application | | | | |
| | Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |

| Total: 01 | | | 13.00 | | $4,210.50 |
|---|---|---|---|---|---|
| | No Charge | | 0.50 | $117.50 | |
| | Do Not Bill | | 0.50 | $117.50 | |

### Nickname 2: 08

| 8/18/2006 | AJM-2006 | 400.00 | 0.30 | 120.00 | Billable |
|---|---|---|---|---|---|
| 111751 | review | | | | |
| | complaint to subordinate Downey claim filed in Raynor bankruptcy, consider similar strategy | | | | |
| | Reference:   ASSIST CREDITORS/CLAIMS OBJECTIONS | | | | |
| 10/13/2006 | AJM-2006 | 400.00 | 0.10 | 40.00 | No Charge |
| 111736 | tc w/ | | 0.10 | 40.00 | |
| | R. Golding (vm) re Downey claim | | | | |
| | Reference:   ASSIST CREDITORS/CLAIMS OBJECTIONS | | | | |

1/11/2007                         Maxwell & Potts, LLC
9:51 AM                              Time Detail                                    Page        5

## Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/16/2006 111821 | AJM-2006 tc w/ Walter re his t/c w/ W. Greenbeck (Downey), documents he wants to send to him Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | 400.00 | 0.20 | 80.00 | Billable |
| 10/17/2006 111827 | AJM-2006 tc w/ R. Golding re meeting to resolve Downey's claim Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | 400.00 | 0.10 | 40.00 | Billable |
| 10/18/2006 111831 | AJM-2006 revise motion to approve IRS settlement Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | 400.00 | 0.50 | 200.00 | Billable |
| 10/19/2006 111864 | AJM-2006 conference w/ R. Golding at his office re settlement with Downey, review Plan and Walter's "forecast" re conf. w/ RG; prepare e-mail to Walter Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | 400.00 | 2.00 | 800.00 | Billable |
| 10/19/2006 111863 | AJM-2006 tc w/ R. Golding to confirm meeting, review IRS motion re revisions Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | 400.00 | 0.20 | 80.00 | Billable |
| 10/20/2006 111867 | AJM-2006 tcs w/ Walter re my meeting with Golding on 10/19, alternatives to resolve Downey's claim Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | 400.00 | 0.30 | 120.00 | Billable |
| 10/20/2006 111871 | AJM-2006 prepare settlement letter to Golding, fax same; e-mail to Golding; review e-mail response Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | 400.00 | 0.50 | 200.00 | Billable |
| 10/24/2006 111879 | AJM-2006 review e-mail from Irv Nissen with question re IRS settlement payment, prepare response Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | 400.00 | 0.10 | 40.00 | Billable |

1/11/2007                        Maxwell & Potts, LLC
9:51 AM                          Time Detail                              Page        6

## Glass, Walter2:Walter Glass (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/30/2006 AJM-2006 | | 400.00 | 0.10 | 40.00 | Billable |
| 111888 review | | | | | |
| e-mail from R. Golding re no change of Downey position, forward to Walter | | | | | |
| Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | | | | | |
| 11/6/2006 AJM-2006 | | 400.00 | 0.10 | 40.00 | Billable |
| 112550 tc w/ | | | | | |
| Walter re:  his t/c w/  Chris Greebeck ( Downey) Downey wants | | | | | |
| $250K,IRS employment tax claim non-dischargable. | | | | | |
| Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | | | | | |
| 11/8/2006 AJM-2006 | | 400.00 | 0.10 | 40.00 | Billable |
| 112556 review | | | | | |
| voicemails from Walter; t/c w/ to him (V.M.) | | | | | |
| Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | | | | | |
| 11/13/2006 AJM-2006 | | 400.00 | 1.00 | 400.00 | Billable |
| 112560 prepare | | | | | |
| motion,to compromise & pay child support (priority ) claim, notice & draft | | | | | |
| order. Review IRS compromise motion email information re same. | | | | | |
| Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | | | | | |
| 11/14/2006 AJM-2006 | | 400.00 | 0.20 | 80.00 | Billable |
| 112562 tc w/ | | | | | |
| Walter re: IRS, V. Tesmer motion, hold off on CLOB of IRS '94' claim, | | | | | |
| Court on 11/21 | | | | | |
| Reference:    ASSIST CREDITORS/CLAIMS OBJECTIONS | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total: 08 | | | 5.70 | | $2,280.00 |
| | No Charge | | 0.10 | $40.00 | |
| | Do Not Bill | | 0.10 | $40.00 | |

| Nickname 2: 11 | | | | | |
|---|---|---|---|---|---|
| 8/7/2006 AJM-2006 | | 400.00 | 0.20 | 80.00 | Billable |
| 109371 prepare | | | | | |
| letter to Walter w/copy of filed plan, D.S., and liquidation analysis, and | | | | | |
| proposed July MOR | | | | | |
| Reference:    GENERAL | | | | | |
| 8/7/2006 AJM-2006 | | 400.00 | 0.10 | 40.00 | Billable |
| 109370 review | | | | | |
| July MOR, compare to June MOR | | | | | |
| Reference:    GENERAL | | | | | |

1/11/2007            Maxwell & Potts, LLC
9:51 AM             Time Detail            Page     7

Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/7/2006 109366 | LAK-2006 prepare MOR for 7/06 Reference:   GENERAL | 125.00 | 0.20 | 25.00 | Billable |
| 8/15/2006 109384 | LAK-2006 file 7-06 MOR electronically after converting to PDF. Reference:   GENERAL | 125.00 | 0.20 | 25.00 | Billable |
| 8/16/2006 111748 | AJM-2006 review vm from Irv Nissen re 941 IRS claim, fees, return his call (vm) Reference:   GENERAL | 400.00 | 0.10 | 40.00 | Billable |
| 8/17/2006 109388 | LAK-2006 work on Service of Plan and Fee application Reference:   GENERAL | 125.00 | 0.80 | 100.00 | Billable |
| 8/17/2006 111749 | AJM-2006 tc w/ Walter re tax issues, Plan, fees, scheduling Reference:   GENERAL | 400.00 | 0.30 | 120.00 | Billable |
| 8/21/2006 111752 | AJM-2006 review schedule of funds from Walter, prepare e-mail letter to him re same and Raynor case motion he forwarded Reference:   GENERAL | 400.00 | 0.20 | 80.00 | Billable |
| 9/6/2006 111764 | AJM-2006 letter to Walter with three fee orders entered today, question re IRS payroll tax issue Reference:   GENERAL | 400.00 | 0.20 | 80.00 | Billable |
| 9/7/2006 111765 | AJM-2006 tc w/ Walter re employment tax issue, claims and ballots, litigation potential and impact on Walter re joint obligations, Plan Reference:   GENERAL | 400.00 | 1.50 | 600.00 | Billable |
| 9/18/2006 111776 | AJM-2006 tc w/ Walter re Plan, no t/c w/ R. Golding, employment tax issue Reference:   GENERAL | 400.00 | 0.20 | 80.00 | Billable |

1/11/2007                           Maxwell & Potts, LLC
9:51 AM                               Time Detail                           Page        8

Glass, Walter2:Walter Glass (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/19/2006<br>111780 | AJM-2006<br>review<br>8/06 MOR, memo to LAK re same<br>Reference:    GENERAL | 400.00 | 0.10 | 40.00 | Billable |
| 9/19/2006<br>109983 | LAK-2006<br>prepare<br>8/06 MOR<br>Reference:    GENERAL | 125.00 | 0.30 | 37.50 | Billable |
| 9/21/2006<br>109984 | LAK-2006<br>convert<br>MOR into pdf -send copy to client via email; file electroniclly<br>Reference:    GENERAL | 125.00 | 0.40 | 50.00 | Billable |
| 10/2/2006<br>111728 | AJM-2006<br>tc w/<br>Walter re news re IRS, treatment of IRS claims if not paid in bankruptcy,<br>next plan date in court, effects of conversion to Ch 7 v. plan v. dismissal<br>Reference:    GENERAL | 400.00 | 0.20 | 80.00 | Billable |
| 10/3/2006<br>111730 | AJM-2006<br>review<br>income and expense spreadsheet for 9/06, save to HD<br>Reference:    GENERAL | 400.00 | 0.10 | 40.00 | Billable |
| 10/4/2006<br>111731 | AJM-2006<br>review<br>e-mail and "forecast" of funds from walter; e-mail to R. Golding re need to<br>meet; e-mail Walter re negative outlook for Plan payments<br>Reference:    GENERAL | 400.00 | 0.20 | 80.00 | Billable |
| 10/5/2006<br>111734 | AJM-2006<br>tc w/<br>Walter re Downey, IRS, cash flow, Plan v. Ch 7<br>Reference:    GENERAL | 400.00 | 0.20 | 80.00 | Billable |
| 10/13/2006<br>111782 | LAK-2006<br>prepare<br>9/06 MOR<br>Reference:    GENERAL | 125.00 | 0.30 | 37.50 | Billable |
| 10/13/2006<br>111735 | AJM-2006<br>review<br>9/06 MOR, e-mail to Walter re review of same, memo re filing same on<br>10/16.<br>Reference:    GENERAL | 400.00 | 0.20 | 80.00 | Billable |

1/11/2007                          Maxwell & Potts, LLC
9:51 AM                               Time Detail                                    Page        9

## Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/16/2006 111823 | AJM-2006 tc w/ | 400.00 | 0.30 | 120.00 | Billable |
| | Walter re MORs, discrepancy between, bank balance and MORs; review 7/06, 8/06 and 9/06 MORS with him and LAK, conf. w/ LAK re same Reference:    GENERAL | | | | |
| 10/16/2006 111818 | AJM-2006 review | 400.00 | 0.10 | 40.00 | Billable |
| | filed MOR, forward to Walter Reference:    GENERAL | | | | |
| 10/16/2006 111783 | LAK-2006 file | 125.00 | 0.30 | 37.50 | Billable |
| | 9/06 MOR after converting to pdf. Reference:    GENERAL | | | | |
| 10/16/2006 111822 | AJM-2006 tc w/ | 400.00 | 0.10 | 40.00 | Billable |
| | Walter re MOR balances, my vm from R. Golding, what he should provide to Downey Reference:    GENERAL | | | | |
| 10/17/2006 111824 | AJM-2006 tc w/ | 400.00 | 0.20 | 80.00 | Billable |
| | Walter re MORs, bank balances, review 7/06 & 8/06 MORs with him re balance issue Reference:    GENERAL | | | | |
| 10/18/2006 111828 | AJM-2006 tcs w/ | 400.00 | 0.30 | 120.00 | Billable |
| | Walter re MORs, LAK not in, my t/c w/ R. Golding, IRS settlement, employment tax claim Reference:    GENERAL | | | | |
| 10/19/2006 111816 | LAK-2006 tc w/ | 125.00 | 0.30 | 37.50 | Billable |
| | client re MORs missing from his records; e-mail same to him Reference:    GENERAL | | | | |
| 10/20/2006 111869 | AJM-2006 tc w/ | 400.00 | 0.20 | 80.00 | Billable |
| | Walter, conf. w/ LAK re discrepancy between MORs and actual bank balance; brief review of Walter's "spreadsheet" Reference:    GENERAL | | | | |
| 10/20/2006 111817 | LAK-2006 conference w/ | 125.00 | 0.30 | 37.50 | Billable |
| | AJM re client's problems with MOR balanaces; review expenses sent by client for 10/05 & 11/05 to determine error- leave vm for client | | | | |

1/11/2007
9:51 AM

**Maxwell & Potts, LLC**
**Time Detail**

## Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| | Reference:    GENERAL | | | | |
| 10/20/2006 111872 | AJM-2006 prepare | 400.00 | 0.10 | 40.00 | Billable |
| | e-mail to Walter with copy of letter to R. Golding, application for accountant fees, motion to settle the IRS claim | | | | |
| | Reference:    GENERAL | | | | |
| 10/20/2006 111870 | AJM-2006 tc w/ Walter re MORs | 400.00 | 0.10 | 40.00 | Billable |
| | Reference:    GENERAL | | | | |
| 10/20/2006 111785 | LAK-2006 revise | 125.00 | 0.50 | 62.50 | Billable |
| | application to pay accountant; file electronically after converting attachments to file to pdf; file motion to approve compromise with IRS after converting to pdf | | | | |
| | Reference:    GENERAL | | | | |
| 10/26/2006 111884 | AJM-2006 prepare | 400.00 | 0.20 | 80.00 | Billable |
| | e-mail to R. Golding with copy of IRS settlement motion; e-mails with Rick (.1); e-mail to R. Sukley(USTR) re new status date (.1) | | | | |
| | Reference:    GENERAL | | | | |
| 10/26/2006 111883 | AJM-2006 appear in court | 400.00 | 0.60 | 240.00 | Billable |
| | conf. w/ R. Golding, Walter | | | | |
| | Reference:    GENERAL | | | | |
| 10/26/2006 111882 | AJM-2006 tc w/ R. Sukley re status for court | 400.00 | 0.10 | 40.00 | Billable |
| | Reference:    GENERAL | | | | |
| 10/27/2006 111885 | AJM-2006 tcs w/ A. Watson re 11/2 motions (to be heard by Judge Squires) | 400.00 | 0.10 | 40.00 | Billable |
| | Reference:    GENERAL | | | | |
| 11/2/2006 111892 | AJM-2006 review | 400.00 | 0.20 | 80.00 | Billable |
| | e-mail from Irv in response to my  e-mail about the employment tax matter; prepare response to Irv and Walter and inform them re orders entered today | | | | |
| | Reference:    GENERAL | | | | |

1/11/2007 Maxwell & Potts, LLC
9:51 AM Time Detail Page 11

## Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/2/2006 111891 | AJM-2006 appear in court for a) motion to authorize compromise with IRS (re income tax) and b) allow accountant's fees to Irv, review motions re same Reference:    GENERAL | 400.00 | 0.50 | 200.00 | Billable |
| 11/3/2006 111894 | AJM-2006 tc w/ Walter re my e-mails re Downey, IRS, timetable re disposition of case, his concerns Reference:    GENERAL | 400.00 | 0.40 | 160.00 | Billable |
| 11/3/2006 111895 | AJM-2006 tc w/ Walter re payments to be made to IRS (for settlement) and Irv Nissen (fees), review orders re same Reference:    GENERAL | 400.00 | 0.10 | 40.00 | Billable |
| 11/7/2006 112551 | AJM-2006 review motion to dismiss or convert from UST; email to Walter re same w/copy of same Reference:    GENERAL | 400.00 | 0.20 | 80.00 | Billable |
| 11/7/2006 112552 | AJM-2006 tc w/ Walter re:  conversion v. dismissal, MORs, add'l IRS tax claim, payment of priority claim prior to conversion. Reference:    GENERAL | 400.00 | 0.20 | 80.00 | Billable |
| 11/7/2006 112553 | AJM-2006 review income & expense spreadsheet from Walter; email to him, re  the credit card & UST payments Reference:    GENERAL | 400.00 | 0.20 | 80.00 | Billable |
| 11/8/2006 112554 | AJM-2006 tc w/ Irv Nissen, re Tax claims, impact of conversion to Ch. 7 Reference:    GENERAL | 400.00 | 0.20 | 80.00 | Billable |
| 11/9/2006 112557 | AJM-2006 tcs (2) w/Walter re:Downey, tax claims, 11/9 & 11/21 court dates, effect of conversion of case; tcw Walter re: American Louverl Stock, other conversion, court result Reference:    GENERAL | 400.00 | 0.50 | 200.00 | Billable |

1/11/2007                      **Maxwell & Potts, LLC**
9:51 AM                       **Time Detail**               Page    12

## Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/13/2006 112559 | AJM-2006 tc w/ Walter re claims, UST fees, next actions Reference:    GENERAL | 400.00 | 0.20 | 80.00 | Billable |
| 11/14/2006 112561 | AJM-2006 review emails from R. Sukley & H.Wilkes, prepare response. Reference:    GENERAL | 400.00 | 0.20 | 80.00 | Billable |
| 11/14/2006 112563 | AJM-2006 conference Roman Sukley re: UST mo/dis,Walter's concern re: allegation of default made by UST obligation in its motion Reference:    GENERAL | 400.00 | 0.10 | 40.00 | Billable |
| 11/16/2006 111875 | LAK-2006 prepare 10/06 MOR Reference:    GENERAL | 125.00 | 0.30 | 37.50 | Billable |
| 11/16/2006 111874 | LAK-2006 tc w/ client re balance issue on MORs Reference:    GENERAL | 125.00 | 0.10 | 12.50 | Billable |
| 11/16/2006 112564 | AJM-2006 tc w/ Walter re: claim, accounting/MORs,etc Reference:    GENERAL | 400.00 | 0.30 | 120.00 | Billable |
| 11/16/2006 112565 | AJM-2006 conference LAK re tcw/Walter re accounting (.1); review V.M. from Walter re same, consider same (.1) Reference:    GENERAL | 400.00 | 0.20 | 80.00 | Billable |
| 11/17/2006 111876 | LAK-2006 tc w/ client re balance issues, CD and bank balances, interest reporting for CDs Reference:    GENERAL | 125.00 | 0.80 | 100.00 | Billable |
| 11/20/2006 112152 | LAK-2006 revise MOR for 10/05 & 10/06 after conf. w/ AJM re issues on CD transfers, etc....; t/c w/ client re same after e-mailing copies for his review Reference:    GENERAL | 125.00 | 2.80 | 350.00 | Billable |

1/11/2007                        Maxwell & Potts, LLC
9:51 AM                            Time Detail                                    Page      13

## Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/20/2006 112567 | AJM-2006 tc w/ | 400.00 | 0.40 | 160.00 | Billable |

Walter re his review of the draft MORS amended Oct. 2005 & original Oct. 2006, Court hearing tomorrow, his attendance; review filed MORS.
Reference:    GENERAL

| 11/20/2006 112566 | AJM-2006 conference | 400.00 | 0.30 | 120.00 | Billable |
|---|---|---|---|---|---|

LAK re; financial information from Walter, issue re CD transfers and CD interest accrual
Reference:    GENERAL

| 11/21/2006 112569 | AJM-2006 tc w/ | 400.00 | 0.30 | 120.00 | Billable |
|---|---|---|---|---|---|

Walter re: account balance, final MOR,proposed conversion order, tax refund
Reference:    GENERAL

| 11/21/2006 112568 | AJM-2006 review | 400.00 | 0.80 | 320.00 | Billable |
|---|---|---|---|---|---|

UST motion to dismiss, D's motion to compromise priority claim; appear in court re same, confr.R. Sukley,W.Glass
Reference:    GENERAL

| 11/21/2006 112570 | AJM-2006 tc w/ | 400.00 | 0.20 | 80.00 | Billable |
|---|---|---|---|---|---|

Irv Nissen re: conversion, funds, tax refund v. tax obligation, my vm to Mrs. Powell (IRS)
Reference:    GENERAL

| 11/27/2006 113181 | AJM-2006 tc w/ | 400.00 | 0.20 | 80.00 | Billable |
|---|---|---|---|---|---|

Walter re status of conversion, next steps, final D's reports & administative expenses
Reference:    GENERAL

| 11/27/2006 113179 | AJM-2006 tc w/ | 400.00 | 0.10 | 40.00 | Billable |
|---|---|---|---|---|---|

Roman Sukley (UST)re order to convert, dates; review motion
Reference:    GENERAL

| 11/29/2006 113187 | AJM-2006 review | 400.00 | 0.10 | 40.00 | Billable |
|---|---|---|---|---|---|

spreadsheet from Walter re income & disbursements in Nov. for final MOR
Reference:    GENERAL

| 1/11/2007 | Maxwell & Potts, LLC | | |
|---|---|---|---|
| 9:51 AM | Time Detail | Page | 14 |

## Glass, Walter2:Walter Glass (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/5/2006<br>113082 | LAK-2006<br>prepare | 125.00 | 0.60 | 75.00 | Billable |
| | 1st draft of final (11/06) MOR;conf. w/ w AJM re issue<br>Reference:    GENERAL | | | | |
| 12/5/2006<br>113196 | AJM-2006<br>review | 400.00 | 0.20 | 80.00 | Billable |
| | drafts MOR- doesnt balance, compare to docs from Walter, conf. w/ LAK<br>re same<br>Reference:    GENERAL | | | | |
| 12/12/2006<br>113178 | AJM-2006<br>review | 400.00 | 0.40 | 160.00 | Billable |
| | & revise final MOR & 1019 Schedule<br>Reference:    GENERAL | | | | |
| 12/12/2006<br>113083 | LAK-2006<br>revise | 125.00 | 0.60 | 75.00 | Billable |
| | 11/06 MOR after conf. w/ AJM; send copy to client by email<br>Reference:    GENERAL | | | | |
| 12/13/2006<br>113202 | AJM-2006<br>prepare | 400.00 | 0.20 | 80.00 | Billable |
| | follow up email to Walter re 1019 schedule and final MOR,review<br>conversion order re same<br>Reference:    GENERAL | | | | |
| Total: 11 | | | 21.70 | | $6,260.00 |
| **Nickname 2: 12** | | | | | |
| 8/10/2006<br>109377 | AJM-2006<br>revise | 400.00 | 0.80 | 320.00 | Billable |
| | draft objection to IRS (claim no 14) and review IRS "claim documents"<br>Reference:    TAX | | | | |
| 8/10/2006<br>109378 | AJM-2006<br>prepare | 400.00 | 0.20 | 80.00 | Billable |
| | email letter to Bob McKenzie and Walter with draft objection to POC no<br>14, issue re strategy, employment of special tax counsel<br>Reference:    TAX | | | | |
| 8/16/2006<br>109386 | LAK-2006<br>update | 125.00 | 0.20 | 25.00 | Billable |
| | service list - copy order for package<br>Reference:    TAX | | | | |

1/11/2007                          Maxwell & Potts, LLC
9:51 AM                              Time Detail                              Page      15

Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/17/2006 111750 | AJM-2006 tc w/ Irv Nissen re IRS, meeting next Tuesday Reference:   TAX | 400.00 | 0.20 | 80.00 | Billable |
| 8/22/2006 111753 | AJM-2006 conference w/ Walter, Irv Nissen, Bob McKenzie, at Bob's office re tax issues; review Walter's schedule of funds, draft objection to IRS payroll claim, e-mails to/from Bob McKenzie Reference:   TAX | 400.00 | 1.80 | 720.00 | Billable |
| 8/24/2006 111755 | AJM-2006 tc w/ Irv Nissen re meeting with IRS, plan Reference:   TAX | 400.00 | 0.20 | 80.00 | Billable |
| 8/30/2006 111761 | AJM-2006 review vm from Walter re his t/c w/ Dion re payroll tax issue, request I hold off contacting IRS re same Reference:   TAX | 400.00 | 0.10 | 40.00 | Billable |
| 10/3/2006 111729 | AJM-2006 tc w/ Irv Nissen re IRS position/decision Reference:   TAX | 400.00 | 0.10 | 40.00 | Billable |
| 10/4/2006 111732 | AJM-2006 review e-mail from Walter with tax figures (re resolved claim by Irv) Reference:   TAX | 400.00 | 0.10 | 40.00 | Billable |
| 10/17/2006 111825 | AJM-2006 tc w/ Irv Nissen re IRS settlement agreement, his fees; review his e-mail re same Reference:   TAX | 400.00 | 0.20 | 80.00 | Billable |
| 10/17/2006 111826 | AJM-2006 review IRS settlement agreement, consider priority issues and whether settlement authority needed Reference:   TAX | 400.00 | 0.30 | 120.00 | Billable |
| 10/18/2006 110049 | VRB-2006 review IRS offer to waive restrictions on assessments submitted by the IRS in connection with amended proof of claim Reference:   TAX | 195.00 | 0.20 | 39.00 | Billable |

| 1/11/2007<br>9:51 AM | Maxwell & Potts, LLC<br>Time Detail | | Page | 16 |
|---|---|---|---|---|

## Glass, Walter2:Walter Glass (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/18/2006<br>110050 | VRB-2006<br>draft<br>debtor's motion to approve compromise with the IRS and for other relief<br>Reference:    TAX | 195.00 | 1.60 | 312.00 | Billable |
| 10/18/2006<br>110051 | VRB-2006<br>review & revise<br>debtor's motion to approve compromise with the IRS and for other relief<br>Reference:    TAX | 195.00 | 0.80 | 156.00 | Billable |
| 10/18/2006<br>110046 | VRB-2006<br>conference w/<br>AJM re proposed offer and compromise of IRS amended claim<br>Reference:    TAX | 195.00 | 0.10 | 19.50 | Billable |
| 10/18/2006<br>110052 | VRB-2006<br>e-mail(s)<br>AJM re request for feedback regarding debtor's motion to approve<br>compromise with the IRS and for other relief<br>Reference:    TAX | 195.00 | 0.10 | 19.50 | Billable |
| 10/18/2006<br>111829 | AJM-2006<br>tc w/<br>Irv Nissen re IRS settlement, employment tax claim, etc.<br>Reference:    TAX | 400.00 | 0.20 | 80.00 | Billable |
| 10/18/2006<br>110055 | VRB-2006<br>review<br>Section 507(a) and applicable rules regarding payment of pecuniary<br>penalties<br>Reference:    TAX | 195.00 | 0.30 | 58.50 | Billable |
| 10/18/2006<br>111830 | AJM-2006<br>conference w/<br>VRB re preparing application to compromise and pay the IRS claim,<br>priority of claim<br>Reference:    TAX | 400.00 | 0.10 | 40.00 | Billable |
| 10/19/2006<br>111865 | AJM-2006<br>revise<br>motion to approve settlement with IRS (income tax claim)<br>Reference:    TAX | 400.00 | 0.50 | 200.00 | Billable |
| 10/19/2006<br>110066 | VRB-2006<br>finalize<br>debtor's motion to compromise with internal revenue service and for other<br>relief<br>Reference:    TAX | 195.00 | 0.30 | 58.50 | Billable |

1/11/2007                          Maxwell & Potts, LLC
9:51 AM                            Time Detail                                    Page      17

Glass, Walter2:Walter Glass (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/19/2006<br>110065 | VRB-2006<br>review & revise<br>debtor's motion to compromise with internal revenue service and for other<br>relief<br>Reference:    TAX | 195.00 | 0.60 | 117.00 | Billable |
| 10/23/2006<br>111878 | AJM-2006<br>tc w/<br>Walter re his t/c w/ Mr. Bies of IRS - no meeting scheduled, need to<br>pursue,a)alternative avenue with IRS, b)ex-"partner" re possible<br>contribution, fraud, etc.<br>Reference:    TAX | 400.00 | 0.20 | 80.00 | Billable |
| 10/23/2006<br>111873 | LDahlia<br>tc w/<br>Walter re IRS contact information<br>Reference:    TAX | 50.00 | 0.10 | 5.00 | Billable |
| 10/23/2006<br>111877 | AJM-2006<br>tc w/<br>Walter re 10/24 meeting with IRS - he needs contact information, strategy<br>for 10/26 depends on R. Golding and R. Suckley response; review claim<br>file re information he needs, brief review of IRS claim<br>Reference:    TAX | 400.00 | 0.20 | 80.00 | Billable |
| 10/25/2006<br>111880 | AJM-2006<br>review<br>e-mail from Irv re IRS 941 claim<br>Reference:    TAX | 400.00 | 0.10 | 40.00 | Billable |
| 10/25/2006<br>111881 | AJM-2006<br>review<br>proposed assessment letter, POC we filed for IRS; t/c w/ Mayer Silber re<br>advancing resolution of claim; t/c w/ Delores Powell (vm) re same<br>Reference:    TAX | 400.00 | 0.50 | 200.00 | Billable |
| 10/30/2006<br>111887 | AJM-2006<br>review<br>lengthy follow-up vm from Mrs. Powell - she sees no basis for review;<br>consider next steps<br>Reference:    TAX | 400.00 | 0.20 | 80.00 | Billable |
| 10/30/2006<br>111886 | AJM-2006<br>tc w/<br>Mrs. Powell (IRS) re employment tax issue<br>Reference:    TAX | 400.00 | 0.20 | 80.00 | Billable |

| | Maxwell & Potts, LLC | | | |
|---|---|---|---|---|
| 1/11/2007 | Time Detail | | Page | 18 |
| 9:51 AM | | | | |

## Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/31/2006 111889 | AJM-2006 conference w/ VRB re problem with Downey and IRS, alternatives Reference:    TAX | 400.00 | 0.10 | 40.00 | Billable |
| 11/1/2006 111890 | AJM-2006 review vm from Irv Nissen re his t/c w/ IRS re settlement documents, question re employment tax issue (.1); prepare e-mail to Irv and Walter re motion for approval of settlement up 11/2, my recent communications with Mrs. Powell of IRS (.2) Reference:    TAX | 400.00 | 0.30 | 120.00 | Billable |
| 11/8/2006 112555 | AJM-2006 tc w/ Irv @ Nissen re: detail for 2003 tax claim, employment tax claim strategy Reference:    TAX | 400.00 | 0.20 | 80.00 | Billable |
| 11/11/2006 112549 | AJM-2006 reviewed email from Irv Nissen re: tax claims, consider next steps, review my email to his tax claim Reference:    TAX | 400.00 | 0.20 | 80.00 | Billable |
| 11/13/2006 112558 | AJM-2006 tc w/ Irv Nissen re: tax claim, his tcw Mr. Bies strategy. Reference:    TAX | 400.00 | 0.20 | 80.00 | Billable |
| 11/14/2006 111647 | JHS-2006 e-file motion to approve compromise Reference:    TAX | 175.00 | 0.60 | 105.00 | Billable |
| 11/21/2006 112572 | AJM Office t/c to Ms. Powell (IRS) (VM) re tax refund v. tax obligation (2005 v. 2002 tax years) Reference:    TAX | 0.00 | 0.10 | 0.00 | Billable |
| 11/21/2006 112571 | AJM-2006 review letters & docs from IRV re: employment tax (to IRS) Reference:    TAX | 400.00 | 0.20 | 80.00 | Billable |
| 11/27/2006 113180 | AJM-2006 review & assemble documents re the employment tax claim( Trustee will likely | 400.00 | 0.30 | 120.00 | Billable |

1/11/2007
9:51 AM

Maxwell & Potts, LLC
Time Detail

Page      19

## Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | need those) Reference:    TAX | | | | |
| 11/29/2006 113188 | AJM-2006 tc w/ | 400.00 | 0.30 | 120.00 | Billable |
| | Ms. Powell (she returned my vm from 7-10 days ago) re IRS claim, refund/credit on 2005 & 2006, conversion of case Reference:    TAX | | | | |
| **Total: 12** | | | **13.00** | | **$4,115.00** |

Nickname 2: 16

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/1/2006 109362 | AJM-2006 review | 400.00 | 0.40 | 160.00 | Billable |
| | v.3 of Disclosure Statement and compare to v. 3 of Plan (.1); conf. w/ VRB re same, redlining changes (.1); prepare email to Roman (UST) re Plan, other modifications (.1); review email from Roman re Plan (.1) Reference:    PLAN | | | | |
| 8/1/2006 109361 | AJM-2006 tc w/ | 400.00 | 0.10 | 40.00 | Billable |
| | Walter re Plan Reference:    PLAN | | | | |
| 8/2/2006 106919 | VRB-2006 conference w/ | 195.00 | 0.10 | 19.50 | Billable |
| | AJM re status of plan and action to be taken Reference:    PLAN | | | | |
| 8/2/2006 109363 | AJM-2006 prepare | 400.00 | 0.60 | 240.00 | Billable |
| | prepare redlined Plan, Disclosure Statement & Liquidation for court hearing, revise Liquidation Analysis (.4); conf VRB re scheduling, ballots, order setting hearing, etc. (2) Reference:    PLAN | | | | |
| 8/2/2006 109364 | AJM-2006 appear | 400.00 | 0.50 | 200.00 | Billable |
| | in court for Plan Status Hearing, conf. w/ RomanSukley re same Reference:    PLAN | | | | |
| 8/3/2006 109365 | AJM-2006 tc w/ | 400.00 | 0.20 | 80.00 | Billable |
| | Walter re court hearing results, Plan effects, Chpt 7, etc. Reference:    PLAN | | | | |

1/11/2007
9:51 AM

**Maxwell & Potts, LLC**
**Time Detail**

Page      20

Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/4/2006 107018 | VRB-2006 e-mail(s) | 195.00 | 0.10 | 19.50 | Billable |

to AJM re request for feedback regaridng procedures for casting ballots
and confirmation hearing
Reference:    PLAN

| 8/4/2006 107015 | VRB-2006 e-file | 195.00 | 0.50 | 97.50 | Billable |

Amended Disclosure Statement and Exhibit (.2) and Modified Chapter 11
Plan (.3)
Reference:    PLAN

| 8/4/2006 107017 | VRB-2006 draft | 195.00 | 0.80 | 156.00 | Billable |

proposed order and notice regarding procedures to casting ballot and
setting hearing on approval of chapter 11 plan
Reference:    PLAN

| 8/7/2006 109367 | AJM-2006 tc w/ | 400.00 | 0.20 | 80.00 | Billable |

Walter re Plan, UST fee Statement, treatment of Tesmer claim, effect of
Plan not being confirmed on 9/19
Reference:    PLAN

| 8/7/2006 109368 | AJM-2006 review | 400.00 | 0.20 0.20 | 80.00 80.00 | No Charge |

filed Plan and Disclosure statement, review ECF notices re same
Reference:    PLAN

| 8/8/2006 109372 | AJM-2006 research | 400.00 | 0.10 0.10 | 40.00 40.00 | No Charge |

form for Order, review draft from VRB
Reference:    PLAN

| 8/8/2006 109373 | AJM-2006 research | 400.00 | 0.20 | 80.00 | Billable |

Fed. R. Bank P. re Order, Plan, Disclosure Statement
Reference:    PLAN

| 8/9/2006 109374 | AJM-2006 revise | 400.00 | 0.80 | 320.00 | Billable |

order re combined hearing; emails to prepare ballot, conf. w/ D L re same
(.3) revise ballot (.2); research local rules re ballot return (none) (.2); revise
ballot re same (.1)
Reference:    PLAN

1/11/2007                  **Maxwell & Potts, LLC**
9:51 AM                    **Time Detail**             **Page    21**

## Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/9/2006 109375 | AJM-2006 review | 400.00 | 0.10 | 40.00 | Billable |
| | review service list re Plan packages, ballots Reference: PLAN | | | | |
| 8/9/2006 109376 | AJM-2006 prepare | 400.00 | 0.20 | 80.00 | Billable |
| | letter to Judge Cox w/ draft Order re hearing dates, finalize draft Orders, conf. w/ VC re Service Reference: PLAN | | | | |
| 8/10/2006 109379 | AJM-2006 research | 400.00 | 0.40 | 160.00 | Billable |
| | service requirements for Plan (.3); assemble documents to be served for copying (.1) Reference: PLAN | | | | |
| 8/14/2006 107229 | VRB-2006 conference w/ | 195.00 | 0.10 | 19.50 | Billable |
| | AJM re status of revised disclosure statement and action to be taken regarding balloting procedures Reference: PLAN | | | | |
| 8/16/2006 109383 | LDahlia prepare | 50.00 | 0.30 | 15.00 | Billable |
| | Certificate of Service for Plan package Reference: PLAN | | | | |
| 8/16/2006 111746 | AJM-2006 review | 400.00 | 0.30 | 120.00 | Billable |
| | claims file and conf. w/ LAK re proper notice to IRS (at least 2 different offices), finalizing service list for Plan and fee application Reference: PLAN | | | | |
| 8/16/2006 109380 | VC prepare | 50.00 | 0.50 | 25.00 | Billable |
| | and serve Plan packages Reference: PLAN | | | | |
| 8/17/2006 109987 | VC prepare | 50.00 | 0.50 | 25.00 | Billable |
| | and serve Plan Packages Reference: PLAN | | | | |
| 8/23/2006 111754 | AJM-2006 tc w/ | 400.00 | 0.20 | 80.00 | Billable |
| | Walter re Plan confirmation or alternative, voting of ballots, timing of payouts Reference: PLAN | | | | |

1/11/2007                        Maxwell & Potts, LLC
9:51 AM                              Time Detail                                    Page      22

Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/25/2006 111757 | AJM-2006 conference w/ LAK re certificate of service for Plan documents, revise draft of same for filing Reference:    PLAN | 400.00 | 0.20 | 80.00 | Billable |
| 8/25/2006 111756 | AJM-2006 tc w/ Walter re IRS, ballots for Plan Reference:    PLAN | 400.00 | 0.20 | 80.00 | Billable |
| 8/28/2006 111758 | AJM-2006 revise certificate of service for Plan package Reference:    PLAN | 400.00 | 0.10 | 40.00 | Billable |
| 8/28/2006 109382 | LDahlia revise the Plan documents Reference:    PLAN | 50.00 | 0.80 | 40.00 | Billable |
| 8/29/2006 111759 | AJM-2006 tc w/ Walter re ballots, Northern Trust claim and ballot Reference:    PLAN | 400.00 | 0.20 | 80.00 | Billable |
| 8/29/2006 111760 | AJM-2006 revise certificate of service for Plan package, memo re filing same Reference:    PLAN | 400.00 | 0.10 | 40.00 | Billable |
| 8/30/2006 109381 | LDahlia file elec.certificate of Service Reference:    PLAN | 50.00 | 0.70 | 35.00 | Billable |
| 8/31/2006 111762 | AJM-2006 review ECF notice of filed certificate of service for Plan documents, assemble with Plan documents Reference:    PLAN | 400.00 | 0.10 0.10 | 40.00 40.00 | No Charge |
| 9/8/2006 108245 | VRB-2006 research applicable exceptions to confirming chapter 11 plan for scenarios in which impaired classes vote against the proposed chapter 11 plan Reference:    PLAN | 195.00 | 1.10 | 214.50 | Billable |

| 1/11/2007<br>9:51 AM | | Maxwell & Potts, LLC<br>Time Detail | | | Page    23 |
|---|---|---|---|---|---|

## Glass, Walter2:Walter Glass (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/8/2006<br>111766 | AJM-2006<br>review<br>Downey Land ballot to reject Plan, consider e-mail to Walter re same,<br>immediate condsiderations<br>Reference:    PLAN | 400.00 | 0.30 | 120.00 | Billable |
| 9/8/2006<br>111767 | AJM-2006<br>conference w/<br>VRB re confirmation of Plan in absence of class voting for the Plan<br>Reference:    PLAN | 400.00 | 0.10 | 40.00 | Billable |
| 9/11/2006<br>111769 | AJM-2006<br>conference w/<br>VRB re alternatives for Plan<br>Reference:    PLAN | 400.00 | 0.10 | 40.00 | Billable |
| 9/11/2006<br>111768 | AJM-2006<br>tc w/<br>Walter Glass re Plan status, alternatives.<br>Reference:    PLAN | 400.00 | 0.40 | 160.00 | Billable |
| 9/12/2006<br>111770 | AJM-2006<br>review<br>Downey ballot for Walter, prepare e-mail to him re same with copy of same<br>Reference:    PLAN | 400.00 | 0.10 | 40.00 | Billable |
| 9/12/2006<br>111771 | AJM-2006<br>prepare<br>e-mail to Rick Golding re Downey Plan ballot, resolution<br>Reference:    PLAN | 400.00 | 0.10 | 40.00 | Billable |
| 9/13/2006<br>108418 | VRB-2006<br>research<br>Chapter 11 confirmation over objections of impaired classes of voters<br>Reference:    PLAN | 195.00 | 1.40 | 273.00 | Billable |
| 9/13/2006<br>111772 | AJM-2006<br>tc w/<br>Walter re e-mail from R. Golding, RG's response<br>Reference:    PLAN | 400.00 | 0.10 | 40.00 | Billable |
| 9/13/2006<br>111773 | AJM-2006<br>review<br>e-mail response from R. Golding, forward to Walter, reply to RG<br>Reference:    PLAN | 400.00 | 0.10 | 40.00 | Billable |
| 9/13/2006<br>108419 | VRB-2006<br>review<br>case law regarding methods of splitting impaired classes for adminstrative | 195.00 | 1.50 | 292.50 | Billable |

1/11/2007                          Maxwell & Potts, LLC
9:51 AM                                Time Detail                                Page      24

Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | convenience Reference:    PLAN | | | | |
| 9/14/2006 108519 | VRB-2006 review & revise memorandum on whether a debtor may seek confirmation of a chapter 11 plan without support of the only impaired class of creditors Reference:    PLAN | 195.00 | 0.30 | 58.50 | Billable |
| 9/14/2006 111774 | AJM-2006 conference w/ VRB re research on Plan confirmation standards (.2); review memo re same and section 1129(.2); t/c w/ Roman Sukley (vm) re next steps, e-mail to R. Golding re resolution of dispute w/Downey Reference:    PLAN | 400.00 | 0.50 | 200.00 | Billable |
| 9/14/2006 108518 | VRB-2006 draft memorandum on whether a debtor can confirm a chapter 11 plan without support of the only impaired class of creditors Reference:    PLAN | 195.00 | 1.30 | 253.50 | Billable |
| 9/15/2006 111775 | AJM-2006 tc w/ Walter re status of Plan, alternatives available, employment tax status, etc Reference:    PLAN | 400.00 | 0.30 | 120.00 | Billable |
| 9/18/2006 111777 | AJM-2006 review e-mail from R. Golding, respond (re Plan hearing) Reference:    PLAN | 400.00 | 0.10 | 40.00 | Billable |
| 9/19/2006 111778 | AJM-2006 appear in court for Plan hearing, conf. w/ R. Sukley re status and strategy to resolve (ballots rejected plan) Reference:    PLAN | 400.00 | 0.80 | 320.00 | Billable |
| 9/19/2006 111779 | AJM-2006 tc w/ Walter re court hearing, Plan, Ch 7 as an alternative Reference:    PLAN | 400.00 | 0.40 | 160.00 | Billable |
| 10/16/2006 111819 | AJM-2006 tc w/ Walter re no response received from R. Golding, next steps re Downey, amendment to Plan, Ch 7 Reference:    PLAN | 400.00 | 0.20 | 80.00 | Billable |

1/11/2007
9:51 AM

**Maxwell & Potts, LLC**
**Time Detail**

Page     25

## Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/20/2006 111868 | AJM-2006 research ballot standards for Plan Reference:    PLAN | 400.00 | 0.10 | 40.00 | Billable |
| 11/3/2006 111893 | AJM-2006 tc w/ R. Sukley re status of Plan Reference:    PLAN | 400.00 | 0.20 | 80.00 | Billable |
| 11/9/2006 112548 | AJM-2006 review V. Tesmer POC,IRS POCs, and  Schedule E re: priority analysis; (.3) email to Walter and Irv re: IRS POC & whether it is the claim we scheduled, analysis of tax claim on schedule E(.4); email to Walter re circumstances of V. Tesmer claim (.1) Reference:    PLAN | 400.00 | 0.80 | 320.00 | Billable |
| 11/9/2006 112547 | AJM-2006 appear in court re plan status, conf. w/ R. Golding & G. Silver (UST) Reference:    PLAN | 400.00 | 0.50 | 200.00 | Billable |

| | | | Hours | Amount | Total |
|---|---|---|---|---|---|
| Total: 16 | | | 20.20 | | $5,624.00 |
| | No Charge | | 0.40 | $160.00 | |
| | Do Not Bill | | 0.40 | $160.00 | |
| TOTAL | Billable Fees | | 73.60 | | $22,489.50 |
| | No Charge | | 1.00 | $317.50 | |

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Nickname 2: none | | | | | |
| 8/2/2006 106941 | AJM Office $Photocopies.15 Status Hearing Documents | 0.15 | 12.000 | 1.80 | Billable |
| 8/3/2006 110252 | AJM Office $fax(es) from USTR | 0.25 | 2.000 | 0.50 | Billable |
| 8/9/2006 109346 | AJM Office $Photocopies.15 Plan documents | 0.15 | 3.000 | 0.45 | Billable |

1/11/2007
9:51 AM

Maxwell & Potts, LLC
Time Detail

Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/9/2006 109347 | AJM Office $Photocopies.15 Order for Judge Cox | 0.15 | 2.000 | 0.30 | Billable |
| 8/15/2006 109349 | AJM Office $Photocopies.15 Jerry Crotty correspondence | 0.15 | 2.000 | 0.30 | Billable |
| 8/15/2006 109350 | AJM Office $fax(es) to Jerry Crotty correspondence | 0.25 | 2.000 | 0.50 | Billable |
| 8/15/2006 109351 | AJM Office $fax(es) from Jerry Crotty Special Counsel Declaration | 0.25 | 2.000 | 0.50 | Billable |
| 8/16/2006 109352 | AJM Office $Photocopies.15 Order | 0.15 | 27.000 | 4.05 | Billable |
| 8/16/2006 109353 | AJM Office $Photocopies.15 2nd Order to Allow (21 pages x 7 copies) | 0.15 | 147.000 | 22.05 | Billable |
| 8/16/2006 109354 | AJM Office $Photocopies.15 Serving of Motion for Interim Compensation and to Employ | 0.15 | 300.000 | 45.00 | Billable |
| 8/17/2006 109355 | AJM Office $postage 39 Plan and Fee Applications (4 mailings at $2.07ea. and 20 mailing at $3.03 ea) | 68.88 | 1.000 | 68.88 | Billable |
| 8/18/2006 109348 | AJM Office $Photocopies.15 Plan of organization (25 documents x 41 copies = 1,025) | 0.15 | 1025.000 | 153.75 | Billable |
| 8/23/2006 107966 | AJM Office $Photocopies.15 | 0.15 | 15.000 | 2.25 | Billable |
| 9/5/2006 109357 | AJM Office $fax(es) to Order for Walter | 0.25 | 3.000 | 0.75 | Billable |
| 9/5/2006 109356 | AJM Office $fax(es) from Irv Nissen (invoice through 8/31/06) | 0.25 | 2.000 | 0.50 | Billable |

1/11/2007                          Maxwell & Potts, LLC
9:51 AM                               Time Detail                                    Page      27

## Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 9/6/2006 109358 | AJM Office $Photocopies.15 ballots | 0.15 | 8.000 | 1.20 | Billable |
| 9/20/2006 109359 | AJM Office $fax(es) from US Trustee Neary | 0.25 | 2.000 | 0.50 | Billable |
| 9/25/2006 109360 | AJM Office $fax(es) from Nissen | 0.25 | 2.000 | 0.50 | Billable |
| 10/2/2006 109965 | AJM Office $Westlaw Resrch research by JHS | 70.80 | 1.000 | 70.80 | Billable |
| 10/5/2006 110381 | AJM Office $Pacer Quarterly billing for electronic case information (10 pg @ .08/pg) | 0.80 | 1.000 | 0.80 | Billable |
| 10/6/2006 110633 | AJM Office $fax(es) from Nissen | 0.25 | 1.000 | 0.25 | Billable |
| 10/13/2006 110679 | AJM Office $Photocopies.15 | 0.15 | 2.000 | 0.30 | Billable |
| 10/16/2006 110696 | AJM Office $fax(es) from Nissen | 0.25 | 20.000 | 5.00 | Billable |
| 10/20/2006 110722 | AJM Office $Photocopies.15 applications to pay admin fees | 0.15 | 192.000 | 28.80 | Billable |
| 10/20/2006 110719 | AJM Office $fax(es) to Golding | 0.25 | 3.000 | 0.75 | Billable |
| 10/20/2006 110723 | AJM Office $postage 39 | 1.11 | 11.000 | 12.21 | Billable |
| 10/20/2006 110724 | AJM Office $postage 39 | 0.608 | 1.000 | 0.61 | Billable |

1/11/2007                          Maxwell & Potts, LLC
9:51 AM                             Time Detail                                          Page      28

Glass, Walter2:Walter Glass (continued)

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 10/26/2006 111855 | AJM Office $fax(es) from USTR | 0.25 | 2.000 | 0.50 | Billable |
| 11/8/2006 111975 | AJM Office $fax(es) from McKenzie | 0.25 | 4.000 | 1.00 | Billable |
| 11/8/2006 111978 | AJM Office $fax(es) from | 0.25 | 9.000 | 2.25 | Billable |
| 11/9/2006 112120 | AJM Office $fax(es) from UST | 0.25 | 3.000 | 0.75 | Billable |
| 11/9/2006 112121 | AJM Office $Photocopies.15 claims | 0.15 | 10.000 | 1.50 | Billable |
| 11/9/2006 112119 | AJM Office $fax(es) to IRS | 0.25 | 3.000 | 0.75 | Billable |
| 11/13/2006 112141 | AJM Office $Photocopies.15 | 0.15 | 6.000 | 0.90 | Billable |
| 11/13/2006 112149 | AJM Office $postage 39 | 0.87 | 11.000 | 9.57 | Billable |
| 11/13/2006 112148 | AJM Office $Photocopies.15 | 0.15 | 141.000 | 21.15 | Billable |

Total: none                                                                                    $461.67

TOTAL        Billable Costs                                                                     $461.67

|  | | | | Amount | Total |
|---|---|---|---|---|---|
| Total of Fees (Time Charges) | | | | | $22,489.50 |
| Total of Costs (Expense Charges) | | | | | $461.67 |

1/11/2007                          Maxwell & Potts, LLC
9:51 AM                                Time Detail                              Page     29

Glass, Walter2:Walter Glass (continued)

|  | Amount | Total |
|---|---|---|
| Total new charges | | $22,951.17 |
| Total Accounts Receivable | | ($75,361.19) |
| Total New Balance | | ($52,410.02) |

## Attorney Summary

| Attorney | Rate | Hours | Charges | Slip Value | Adjustment |
|---|---|---|---|---|---|
| AJM | 400.00 | 46.10 | $18,440.00 | $18,440.00 | 0.00 |
| AJM | 0.00 | 0.70 | $0.00 | $0.00 | 0.00 |
| AJM | 0.00 | 0.10 | $0.00 | $0.00 | 0.00 |
| JHS | 175.00 | 0.60 | $105.00 | $105.00 | 0.00 |
| LAK06 | 125.00 | 12.30 | $1,537.50 | $1,537.50 | 0.00 |
| LAK06 | 0.00 | 0.30 | $0.00 | $0.00 | 0.00 |
| LD | 50.00 | 1.90 | $95.00 | $95.00 | 0.00 |
| VC | 50.00 | 1.00 | $50.00 | $50.00 | 0.00 |
| VRB | 195.00 | 11.60 | $2,262.00 | $2,262.00 | 0.00 |