O:\MAXWELL FILES\Glass, Walter\FinalCh11AttFeeOrd.doc
04-104-035

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) No. 05 B 03412 |
| WALTER M. GLASS, | ) Hon. Jacqueline P. Cox |
| Debtor. | ) Chapter 7 |

## ORDER ALLOWING
## FINAL CHAPTER 11 COMPENSATION AND REIMBURSEMENT OF EXPENSES
## TO ATTORNEYS FOR THE DEBTOR

This case coming to be heard on Debtor's **Application for Allowance of Final Chapter 11 Compensation and Reimbursement of Expenses** ("Application"); due notice of the Application having been given and further notice being waived; counsel for Debtor having appeared; no objection having been raised to the relief requested; it appearing that compensation and reimbursement of expenses requested by Andrew J. Maxwell and Maxwell & Potts, LLC ("Applicant") is in the best interests of the estate, and the Court being advised in the premises; it is, therefore

ORDERED, that Applicant is allowed $22,489.50 as final compensation for legal services rendered on behalf of the Debtor, plus $461.67 for reimbursement of actual and necessary expenses incurred, both for the period from August 1, 2006 through and including conversion of the case to Chapter 7 on November 27, 2006, and for legal services necessarily incurred thereafter preparing the final fee applications for professionals and in complying with the requirements in the order converting the case.

FURTHER ORDERED that all previously awarded interim fees and cost reimbursements are allowed as final, including but not limited to those set forth in the Order dated September 6, 2006. All fees and costs allowed, but not previously paid to Applicant shall be Chapter 11 priority administrative expenses to be paid as a Chapter 11 administrative expense out of property of the estate after payment of Chapter 7 administrative expenses.

E N T E R:

_____
United States Bankruptcy Judge

Prepared by:
Andrew J. Maxwell (ARDC #1799159)
Vikram R. Barad (ARDC #6277076)
Maxwell & Potts, LLC
105 West Adams St., Suite 3200
Chicago, IL 60603
(312) 368-1138