UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| WALTER M. GLASS, | ) | Case No. 05-03412-JPC |
| | ) | |
| Debtor. | ) | Hon. JACQUELINE P. COX |

**Trustee's Final Report**

To:    The Honorable JACQUELINE P. COX
United States Bankruptcy Judge

NOW COMES JAY A. STEINBERG, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on February 2, 2005 under chapter 11 of the Code. Thereafter, on November 27, 2006 this case was converted to one under chapter 7 of the Code and JAY A. STEINBERG was appointed as the Trustee. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the trustee's final account as of February 21, 2009 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $42,351.59 |
| b. | DISBURSEMENTS (See Exhibit C) | | $196.95 |
| c. | NET CASH available for distribution | | $42,154.64 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested | $4,985.16 |
| | 2. | Trustee Expenses | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee | |

| | | |
|---|---|---|
| (a.) | Baldi & Associates<br>*Attorney for Trustee Fees (Other Firm)* | $8,997.00 |
| (b.) | Popowcer Katten Ltd.<br>*Accountant for Trustee Fees (Other Firm)* | $3,528.00 |
| (c.) | Popowcer Katten Ltd.<br>*Accountant for Trustee Expenses (Other Firm)* | $24.82 |
| (d.) | Maxwell & Potts LLC<br>*Attorney for D-I-P Fees (Chapter 11)* | $22,489.50 |
| (e.) | Maxwell & Potts LLC<br>*Attorney for D-I-P Expenses (Chapter 11)* | $390.87 |
| (f.) | I. Nissen & Co.  *Accountant for D-I-P Fees (Chapter 11)* | $3,424.25 |

5.     The Bar Date for filing unsecured claims expired on April 18, 2007.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee, to the extent such claims will receive a distribution (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims<br>and 28 U.S.C. §1930 claims | $17,534.98 |
| c. | Allowed Chapter 11 administrative claims | $26,304.62 |
| d. | Allowed priority claims | $299,863.09 |
| e. | Allowed unsecured claims | $2,298,554.78 |

7.     Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.     The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JAY STEINBERG<br>*Trustee Compensation* | $0.00 | $4,985.16 | $0.00 |
| BALDI & ASSOCIATES<br>*Attorney for Trustee* | $0.00 | $8,997.00 | $0.00 |
| POPOWCER KATTEN LTD.<br>*Accountant for Trustee* | $0.00 | $3,528.00 | $24.82 |

| | | |
|---|---|---|
| MAXWELL & POTTS | $75,361.19 | $22,489.50 | $390.87 |
| Attorney for D-I-P | | |
| I. Nissen & Co. | $30,094.10 | $3,424.25 | $0.00 |
| Accountant for D-I-P | | |

9.      Prior to the conversion of this case, pursuant to this Court's order dated September 6, 2006, Debtor's attorney was awarded and paid $71,678.50 in compensation and $3,682.69 for reimbursement of expenses as counsel to the chapter 11 debtor for the period from the Petition Date through July 31, 2006. On February 7, 2007 pursuant to this Court's order, Debtor's counsel was awarded an additional $22,489.50 in fees and $390.87 in expense reimbursement as final compensation and expense reimbursement as counsel to the chapter 11 debtor with such amounts to be paid after as a chapter 11 administrative expense after payment of the chapter 7 administrative expenses of the Estate. No basis appears to request a re-examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: _____ March 2, 2009 _____      /s/Jay Steinberg, Trustee _____
JAY A. STEINBERG, Trustee
35 EAST WACKER
SUITE 1550
CHICAGO, IL  60601-0000

**Walter M. Glass**
**Case No. 05-03412**

**Tasks Completed by Trustee**

**Exhibit A**

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee reviewed the Debtor's final D-I-P Report and Schedule of Post-Petition Debts. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

A.    Trustee negotiated the sale of certain assets back to Debtor; Trustee procured the turnover of and otherwise liquidated all remaining assets of the Estate;

B.    Trustee reviewed and analyzed the chapter 7 and chapter 11 administrative claims filed against the Estate;

C    Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.    Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

F.    Trustee analyzed tax matters concerning the Estate; Trustee retained an accountant for the preparation of Estate tax returns;

G.    Trustee directed his attorneys to negotiate the withdrawal of claims by two secured creditors and resolve potential objections to IRS claims; and

H.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**Exhibit A**

**Form I**

**Individual Estate Property Record and Report**

**Exhibit B**

**FORM 1**
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    1

| | |
|---|---|
| Case No: | 05-03412    Judge: JACQUELINE P. COX |
| Case Name: | GLASS, WALTER M. |
| | |
| For Period Ending 02/21/09 | |

| | |
|---|---|
| Trustee Name | JAY A. STEINBERG, TRUSTEE |
| Date Filed (f) or Converted (c) | 11/27/06 (c) |
| 341(a) Meeting Date: | 01/12/07 |
| Claims Bar Date | 04/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 1,100,000.00 | 0.00 | | 0.00 | FA |
| Residence: 456 H East North Water Street | | | | | |
| 2. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 100.00 | 0.00 | | 2,585.64 | FA |
| Bank One | | | | | |
| 4. HOUSEHOLD GOODS | 2,500.00 | Unknown | | 0.00 | FA |
| Household furnishings. | | | | | |
| 5. BOOKS / PICTURES | 1,000.00 | Unknown | | 0.00 | FA |
| ordinary books, pictures, etc. | | | | | |
| 6. FURS AND JEWELRY | 100.00 | Unknown | | 0.00 | FA |
| wristwatch, misc. costume jewelry | | | | | |
| 7. SPORTS AND HOBBY EQUIPMENT | 10.00 | Unknown | | 0.00 | FA |
| used ski equipment | | | | | |
| 8. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Term Insurance | | | | | |
| 9. PENSION | 0.00 | 0.00 | | 0.00 | FA |
| monthly social security benefits | | | | | |
| 10. PENSION OR PROFIT SHARING PLAN | 0.00 | 0.00 | | 0.00 | FA |
| 11. STOCK INTERESTS | 13,000.00 | 13,000.00 | | 8,900.00 | FA |
| 100 shares of Phillip Morris common stock | | | | | |
| 12. STOCK INTERESTS | Unknown | Unknown | | 0.00 | FA |
| 3008 shares 2% 2nd preferred American Louver | | | | | |
| 13. STOCK INTERESTS | 1,750.00 | 1,750.00 | | 0.00 | FA |
| 350 shares common pref American Louver (par) | | | | | |
| 14. STOCK INTERESTS | Unknown | Unknown | | 0.00 | FA |
| 630 shares 6% 1st pref American Louver | | | | | |

LFORM1

Ver 14 21

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

| | |
|---|---|
| Case No: 05-03412    Judge JACQUELINE P. COX | Trustee Name:    JAY A. STEINBERG, TRUSTEE |
| Case Name: GLASS, WALTER M. | Date Filed (f) or Converted (c):    11/27/06 (c) |
| | 341(a) Meeting Date:    01/12/07 |
| | Claims Bar Date:    04/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. STOCK AND INTEREST IN BUSINESSES | 0.00 | Unknown | | 0.00 | FA |
| A&G Precision Parts, LLC (20% member) | | | | | |
| 16. STOCK AND INTEREST IN BUSINESSES | 0.00 | Unknown | | 0.00 | FA |
| A&G Precision Parts Finance, LLC (20% member) | | | | | |
| 17. STOCK INTERESTS | 3.00 | Unknown | | 9,379.56 | FA |
| A.G. Edwards broker account | | | | | |
| 18. STOCK INTERESTS | 34.00 | Unknown | | 0.00 | FA |
| Lehman Brothers broker account | | | | | |
| 19. STOCK INTERESTS | Unknown | Unknown | | 0.00 | FA |
| Letter Stock ASC (17,000 shares) | | | | | |
| 20. STOCK INTERESTS | Unknown | Unknown | | 0.00 | FA |
| Letter Stock Copient Technologies | | | | | |
| 21. STOCK INTERESTS | Unknown | Unknown | | 0.00 | FA |
| Letter Stock eProject (55,556 shares) | | | | | |
| 22. STOCK INTERESTS | Unknown | Unknown | | 0.00 | FA |
| Letter Stock Barnet WWE (25,000 shares) | | | | | |
| 23. INTERESTS IN JOINT VENTURES | Unknown | Unknown | | 2,082.02 | FA |
| Partial interest in Key Oil Co. 2000-1 Jt. Venture | | | | | |
| 24. ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA |
| Computer Systems Company/MGI (non-compete contract) | | | | | |
| 25. ACCOUNTS RECEIVABLE | 3,000.00 | 1,700.00 | | 0.00 | FA |
| Loan due- G Glass | | | | | |
| 26. ACCOUNTS RECEIVABLE | 30,000.00 | 30,000.00 | | 0.00 | FA |
| Loan due - Linn Gulch (not yet due) | | | | | |
| 27. INTERESTS IN TRUSTS | Unknown | Unknown | | 0.00 | FA |
| membership interest in LLC owning remainder interest in qualified | | | | | |

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 3

| Case No: | 05-03412 | Judge: JACQUELINE P. COX |
| Case Name: | GLASS, WALTER M | |

| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/27/06 (c) |
| 341(a) Meeting Date: | 01/12/07 |
| Claims Bar Date: | 04/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| personal residence trust | | | | | |
| 28. INTERESTS IN TRUSTS | Unknown | Unknown | | 0.00 | FA |
| various family trusts | | | | | |
| 29. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | Unknown | Unknown | | 0.00 | FA |
| lawsuit - Lisle v. Communications Services, Inc. | | | | | |
| partial interest as plaintiff | | | | | |
| 30. AUTOMOBILE | 5,000.00 | 2,800.00 | | 0.00 | FA |
| 1994 Mercedes C220 (130,000 miles) | | | | | |
| 31. TAX REFUND (u) | 0.00 | 0.00 | | 19,234.20 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 170.17 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,156,597.00 | $49,250.00 | | $42,351.59 | $0.00 |

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated sale of certain assets back to the Debtors, negotiated withdrawal of claims of two secured creditors and resolved potential
objections to IRS claims. Debtor filed amended schedule of unpaid debts in November 2008. Trustee will file final report and close case.

Initial Projected Date of Final Report (TFR): 03/30/08        Current Projected Date of Final Report (TFR): 05/31/09

**Trustee's Final Report**

**Walter M. Glass**
**Case No. 05-03412**

**Form II**

**Estate Cash Receipts and Disbursements Record**

**Exhibit C**

FORM 2

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 05-03412 | |
| Case Name: | GLASS, WALTER M. | |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1868 BofA - Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******4317 |
| For Period Ending: | 02/21/09 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 12/22/06 | 3 | WALTER GLASS | FUNDS RECEIVED FROM DEBTOR | 1129-000 | 2,585.64 | | 2,585.64 |
| C | 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.35 | | 2,585.99 |
| C | 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.20 | | 2,588.19 |
| * C | 02/06/07 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-003 | | 2.06 | 2,586.13 |
| C | 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.99 | | 2,588.12 |
| * C | 03/07/07 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM | 2300-003 | | -2.06 | 2,590.18 |
| C | 03/07/07 | 000302 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 1.96 | 2,588.22 |
| C | 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.20 | | 2,590.42 |
| C | 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.13 | | 2,592.55 |
| C | 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.20 | | 2,594.75 |
| C | 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.13 | | 2,596.88 |
| C | 07/11/07 | 11 | WALTER GLASS | ASSET PURCHASE | 1129-000 | 8,900.00 | | 11,496.88 |
| C | 07/31/07 | 17, 23 | WALTER GLASS | SALE OF STOCK/DIVIDENDS | 1129-000 | 11,411.90 | | 22,908.78 |
| C | 07/31/07 | 17 | ALTRIA | DIVIDEND | 1290-000 | 49.68 | | 22,958.46 |
| C | 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.80 | | 22,965.26 |
| C | 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.82 | | 22,984.08 |
| C | 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 14.64 | | 22,998.72 |
| C | 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 14.65 | | 23,013.37 |
| C | 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 12.29 | | 23,025.66 |
| C | 12/06/07 | 000303 | ILLINOIS DEPARTMENT OF REVENUE | 2007 - IL 1040 FEIN - 75-6804317 | 2820-000 | | 65.00 | 22,960.66 |
| C | 12/11/07 | 31 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 14,365.17 | | 37,325.83 |
| C | 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 14.80 | | 37,340.63 |
| C | 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 14.79 | | 37,355.42 |
| C | 02/18/08 | 000304 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 47.25 | 37,308.17 |

| | Page Subtotals | | |
|---|---|---|---|
| | | 37,422.38 | 114.21 |

Ver: 14.21

FORM 2    Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-03412 | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | GLASS, WALTER M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1868 BofA - Money Market Account |
| Taxpayer ID No: | *******4317 | | | |
| For Period Ending: | 02/21/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 8.88 | | 37,317.05 |
| C | 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 8.82 | | 37,325.87 |
| C | 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 7.65 | | 37,333.52 |
| C | 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.74 | | 37,338.26 |
| C | 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.59 | | 37,342.85 |
| C | 07/21/08 | 31 | Daniel W. Hynes | | 1224-000 | 4,869.03 | | 42,211.88 |
| C | 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.90 | | 42,216.78 |
| C | 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.36 | | 42,222.14 |
| C | 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.20 | | 42,227.34 |
| C | 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.10 | | 42,231.44 |
| C | 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.46 | | 42,234.90 |
| C | 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 2.12 | | 42,237.02 |
| C | 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 42,237.38 |
| | 02/17/09 | 000305 | International Sureties, Ltd. 701 Poydras Street #420 New Orleans  LA  70139 | 2009 Blanket Bond Premium Bond No. 016260455 | 2300-000 | | 82.74 | 42,154.64 |

* Reversed
† Funds Transfer
C Bank Cleared

| | COLUMN TOTALS | 42,351.59 | 196.95 | 42,154.64 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 42,351.59 | 196.95 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 42,351.59 | 196.95 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | |
| | BofA - Money Market Account - *******1868 | 42,351.59 | 196.95 | 42,154.64 |
| | | 42,351.59 | 196.95 | 42,154.64 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    4,929.21    82.74

Ver: 14.21

**Trustee's Final Report**

**Walter M. Glass**
**Case No. 05-03412**

**Proposed Distribution Report**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| WALTER M. GLASS, | ) | Case No. 05-03412-JPC |
| | ) | |
| Debtor. | ) | Hon. JACQUELINE P. COX |

### PROPOSED DISTRIBUTION REPORT

I, JAY A. STEINBERG, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $17,534.98 |
| Chapter 11 Administrative Expenses: | $24,619.66 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $42,154.64 |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $17,534.98 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Jay Steinberg *Trustee Compensation* | $4,985.16 | $4,985.16 |
| | Baldi & Associates *Attorney for Trustee Fees* | $8,997.00 | $8,997.00 |
| | Popowcer Katten Ltd. *Accountant for Trustee Fees* | $3,528.00 | $3,528.00 |
| | Popowcer Katten Ltd. *Accountant for Trustee Expenses* | $24.82 | $24.82 |
| | **CLASS TOTALS** | **$17,534.98** | **$17,534.98** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 26,304.62 | 93.59% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Maxwell & Potts *Attorney for D-I-P Fees* | $22,489.50 | $21,048.92 |
| | Maxwell & Potts *Attorney for D-I-P Expenses* | $390.87 | $365.83 |
| | I. Nissen & Co. *Accountant for D-I-P Fees* | $3,424.25 | $3,204.91 |
| | **CLASS TOTALS** | **$26,304.62** | **$24,619.66** |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

**EXHIBIT D**

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000 | $ 0.00 | 0.00% |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00% |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00% |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00% |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00% |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00% |

EXHIBIT D

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 299,863.09 | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002B | Department Of The Treasury *Claims of Governmental Units-- 507* | $274,644.91 | $0.00 |
| 000015B | Department Of The Treasury *Claims of Governmental Units-- 507* | $25,218.18 | $0.00 |
| 000006 | Oregon Department Of Revenue *Claims of Governmental Units-- 507* | $0.00 | $0.00 |
| | **CLASS TOTALS** | **$299,863.09** | **$0.00** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00% |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 2,298,554.78 | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004 | American Express Bank, FSB *General Unsecured 726* | $3,383.11 | $0.00 |
| 000016 | B-Line, LLC/Chase Bank USA *General Unsecured 726* | $300.00 | $0.00 |
| 000001 | Chase Manhattan Bank USA, NA *General Unsecured 726* | $11,610.97 | $0.00 |
| 000002A | Department Of The Treasury *General Unsecured 726* | $29,549.56 | $0.00 |
| 000015A | Department Of The Treasury *General Unsecured 726* | $4,039.16 | $0.00 |
| 000003 | Discover Bank *General Unsecured 726* | $205.33 | $0.00 |

EXHIBIT D

| 000008 | Downey Land Limited | $970,595.23 | $0.00 |
| | *General Unsecured 726* | | |
| 000018 | Downey Land Limited | $1,021,669.57 | $0.00 |
| | *General Unsecured 726* | | |
| 000014 | IRS | $61,901.66 | $0.00 |
| | *General Unsecured 726* | | |
| 000005 | Maccabe & Mcguire | $6,635.10 | $0.00 |
| | *General Unsecured 726* | | |
| 000017 | Maccabe & Mcguire | $6,635.00 | $0.00 |
| | *General Unsecured 726* | | |
| 000007 | MBNA America | $62,030.09 | $0.00 |
| | *General Unsecured 726* | | |
| 000012 | Vicky Tesmer | $44,000.00 | $0.00 |
| | *General Unsecured 726* | | |
| 000010 | Walter Glass Sr. | $76,000.00 | $0.00 |
| | *General Unsecured 726* | | |
| | **CLASS TOTALS** | **$2,298,554.78** | **$0.00** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00% |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00% |

EXHIBIT D

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| S | 000009 | Walter Glass Sr. Attn: Geoffrey M. Glass Jr. Glass Gorham Co. 7700 Austin Ave. Skokie, IL 60077 | 0.00 | WITHDRAWN |
| S | 000011 | Walter Glass Sr. Attn: Geoffrey M. Glass Jr. Glass Gorham Co. 7700 Austin Ave. Skokie, IL 60077 | 0.00 | WITHDRAWN |
| S | 000013 | NORTHERN TRUST BANK OF FLORIDA N.A. NAPLES-FIFTH AVENUE 375 FIFTH AVENUE SOUTH NAPLES, FL 34102 | 0.00 | WITHDRAWN |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:_____March 2, 2009_____            ____/s/___Jay Steinberg, trustee

EXHIBIT D

Form NTCFTFC7

# United States Bankruptcy Court

### *Northern District of Illinois*

**Eastern Division**
**219 S Dearborn**
**7th Floor**
**Chicago, IL 60604**

In Re:

Walter M Glass
456 H East North Water Street
Chicago, Il 60611
SSN: xxx−xx−0000 EIN: N.A.
aka Walter M Glass Jr

Case No. : 05−03412
Chapter : 7
Judge : Jacqueline P. Cox

Debtor's Attorney:
Andrew J Maxwell ESQ
Maxwell & Potts. LLC.
105 West Adams Street Ste 3200
Chicago. IL 60603

312 368−1138

Trustee:
Jay A Steinberg ESQ
Foley & Lardner LLP
321 North Clark Street Ste 2800
Chicago. IL 60601

312 832−4393

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s). Creditors. and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on
*February 2, 2005* .

1. *April 18, 2007* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *April 18, 2007* is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim. whether or
not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above
date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may
be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim. please use
the claim form on the reverse side.

For the Court,

Dated: January 16. 2007

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1      User: kscott           Page 1 of 2            Date Rcvd: Jan 16, 2007
Case: 05-03412           Form ID: ntcftfc7       Total Served: 34

The following entities were served by first class mail on Jan 18, 2007.
```
db        +Walter M Glass,    456 H East North Water Street,   Chicago, Il 60611-5510
aty       +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC.,   105 West Adams Street  Ste 3200,
           Chicago, IL 60603-6209
aty       +Steven S. Potts,   Maxwell & Potts, LLC,   105 W Adams Street,   Suite 3200,
           Chicago, IL 60603-6209
aty       +Vikram R Barad,   Maxwell & Potts, LLC,   105 W. Adams Street, Suite 3200,
           Chicago, IL 60603-6209
tr        +Jay A Steinberg, ESQ,   Foley & Lardner LLP,   321 North Clark Street Ste 2800,
           Chicago, IL 60610-5313
cr        +Downey Land Limited,   9530 Imperial Hwy.,   Suite S,  Downey, CA 90242-3098
9106174    American Express Bank, FSB,   c/o Becket and Lee, LLP,   P.O. Box 3001,  Malvern, PA 19355-0701
8902202    CITI CARDS,   P.O. BOX 6404,   THE LAKES, NV  88901-6404
8902204   +DOWNEY LAND LIMITED,   9530 EAST IMPERIAL HIGHWAY,   SUITE 3,  DOWNEY, CA 90242-3041
8902205   +GLASS GORHAM COMPANY,   7700 AUSTIN AVE.,   SKOKIE, IL 60077-2603
8902195   +GLASS WALTER M,   456 H EAST NORTH WATER STREET,   CHICAGO, IL 60611-5510
8902206   +IRS,   2001 W. Butterfield Rd.,   Downers Grove, IL 60515-1058
8902208   +JOHN M. PROBANDT,   2233 NE 244th Suite C-1,   Wood Village, OR 97060-1070
8902209   +JOHN P. RAYNOR,   10110 NICHOLAS STREET,   SUITE 102,  OMAHA, NE 68114-2185
8902196   +MAXWELL & POTTS LLC,   105 W ADAMS,  CHICAGO, IL 60603-4109
8902210   +MBNA AMERICA,   P.O. BOX 15168 MS 1423,   WILMINGTON, DE 19850-5168
8902211   +MIDCITY BANK,   304 SOUTH 42ND STREET,   OMAHA, NE 68131-3716
9140692   +MacCabe & McGuire,   77 W Wacker Dr Suite 3333,   Chicago,  IL 60601-1665
8902212   +NORTHERN TRUST BANK OF FLORIDA N.A.,   NAPLES-FIFTH AVENUE,   375 FIFTH AVENUE SOUTH,
           NAPLES, FL 34102-6549
8902213   +Novack And Macey LLP,   303 W. Madison St. Suite 1500,  Chicago, IL 60606-3309
8902216   +TIMOTHY J. WHITE,   10110 Nicholas St. Suite 102,  Omaha, NE 68114-2185
9386228   +Vicky Tesmer,   1837 W Grand Ave.,   Chicago, IL 60622-6231
9371037   +Walter Glass Sr.,   Attn: Geoffrey M. Glass Jr.,   Glass Gorham Co.,   7700 Austin Ave.,
           Skokie, IL 60077-2603
```

The following entities were served by electronic transmission on Jan 17, 2007.
```
aty       +EDI: QAJMAXWELL.COM Jan 16 2007 23:40:00   Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC.,
           105 West Adams Street  Ste 3200,  Chicago, IL 60603-6209
8902197    EDI: AMEREXPR.COM Jan 16 2007 23:41:00   AMERICAN EXPRESS,   P.O. BOX 297804,
           FT. LAUDERDALE, FL  33329-7804
8902198    EDI: BANKAMER.COM Jan 16 2007 23:40:00   Bank Of America,   P.O. Box 53132,
           Phoenix, AZ  85072-3132
8902199    EDI: CHASE.COM Jan 16 2007 23:41:00   Bank One,   Cardmember Service,   P.O. Box 15153,
           Wilmington, DE  19886-5153
8902203    EDI: COUNTRYWIDE.COM Jan 16 2007 23:41:00   COUNTRYWIDE MORTGAGE,   P.O. Box 10219,
           Van Nuys, CA  91410-0219
8902200    EDI: CAPITALONE.COM Jan 16 2007 23:41:00   Capital One Services,   P.O. Box 85015,
           Richmond, VA  23285-5015
8968989    EDI: CHASE.COM Jan 16 2007 23:41:00   Chase Manhattan Bank USA, NA,   P O Box 52176,
           Phoenix, AZ 85072-2176
8902201    EDI: CHASE.COM Jan 16 2007 23:41:00   Chase Platinum MasterCard,   P.O. Box 52108,
           Phoenix, AZ  85072-2108
9083130   +EDI: DISCOVER.COM Jan 16 2007 23:41:00   Discover Bank,   c/o Discover Financial Services,
           P O Box 8003,   Hilliard, OH 43026-8003
8902207   +EDI: IRS.COM Jan 16 2007 23:40:00   Department of the Treasury,   Internal Revenue Service,
           230 S Dearborn,   Stop 5016-CHI,   Chicago, IL 60604-1505
8902210   +EDI: BANKAMMBNA.COM Jan 16 2007 23:41:00   MBNA AMERICA,   P.O. BOX 15168 MS 1423,
           WILMINGTON, DE 19850-5168
8902214   +EDI: ORREV.COM Jan 16 2007 23:41:00   OREGON DEPARTMENT OF REVENUE,   955 CENTER STREET NE,
           SALEM, OR 97301-2553
8902215    EDI: PROVID.COM Jan 16 2007 23:40:00   PROVIDIAN,   P.O. BOX 660487,   DALLAS, TX  75266-0487
                                                                                       TOTAL: 13
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty        Maxwell & Potts, LLC
aty        Steven S Potts
cr         Glass Gorham Company
acc        Irvin B. Nissen and I. Nissen & Co. CPA&#039
br         Linda S Metz
br         Michael Pierson
acc        Nissen & Co.
cr         Northern Trust Bank of Florida, NA
9024909*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
           PHILADELPHIA PA 19114-0326
          (address filed with court: Department of the Treasury,   Internal Revenue Service,
           230 S Dearborn,   Stop 5016-CHI,  Chicago, IL 60604-1505)
                                                                                  TOTALS: 8, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).