UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| WALTER M. GLASS, | ) | Case No. 05-03412-JPC |
| | ) | |
| Debtor. | ) | Hon. JACQUELINE P. COX |

## TRUSTEE'S APPLICATION FOR COMPENSATION

TO:    THE HONORABLE JACQUELINE P. COX

NOW COMES JAY A. STEINBERG, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,985.16 as compensation, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $42,351.59. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $37,351.59 | $3,735.16 | ($4,500.00 max.) |
| TOTAL COMPENSATION | $4,985.16 | |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case. An affidavit pursuant to Bankruptcy Rule 2016 is attached hereto as Exhibit A.

Executed this 2nd day of March, 2009.

/s/
JAY A. STEINBERG, TRUSTEE
35 EAST WACKER
SUITE 1550
CHICAGO, IL 60601-0000

**Trustee's Final Fee Application**  **Walter M. Glass**
**Case No. 05-03412**

Rule 2016 Affidavit

Exhibit A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                      )    Chapter 7
                                           )    Case No. 05-03412
Walter M. Glass,                           )    Hon. Jacqueline P. Cox
                                           )
            Debtor.                        )

### Trustee's Affidavit Pursuant to Rule 2016

State of Illinois      )
County of Cook         )

I, Jay A. Steinberg, being first duly sworn upon oath, do depose and state as follows:

1.  I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.  I have read the Trustee's Application for Allowance of Final Compensation ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3.  I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter.

4.  Further affiant sayeth naught.

_____
Jay A. Steinberg

Subscribed and Sworn to before me
on February 2⁷ᵗʰ, 2009

_____
Notary Public

OFFICIAL SEAL
ELIZABETH C. BERG
Notary Public - State of Illinois
My Commission Expires Jun 16, 2012

**Exhibit A**