UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 05-03412 |
| Walter M. Glass, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |

**Trustee's First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Popowcer Katten, Ltd., Accountants for Trustee**

Jay A. Steinberg, as trustee ("Trustee") of the estate ("Estate") Walter M. Glass, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Popowcer Katten, Ltd. ("Popowcer") of $3,528.00 as compensation for professional services rendered and $24.82 as reimbursement of actual expenses incurred as accountants to the Trustee from October 8, 2007 through the close of this case. In support thereof, Trustee respectfully states as follows:

### Introduction

1. This case was commenced on February 5, 2005 by the filing of a voluntary petition under chapter 11 of the Code. On November 27, 2006, this case was converted to one under chapter 7 of the Code.

2. Jay A. Steinberg is the duly appointed, qualified and acting chapter 7 trustee in the case.

3. The bar date for filing claims in this case was April 18, 2007.

### Retention of Popowcer

4. On August 9, 2007, this Court authorized the Trustee to employ Popowcer as his accountants in this case. A copy of the retention order is attached hereto as Exhibit A.

### Prior Compensation Received

5. This is the first and final application for compensation that Popowcer will file in this case.

### Services Rendered and Expenses Incurred by Popowcer

6. The services rendered by Popowcer in this case relate to its preparation of Estate tax returns for the years ended December 31, 2006 and December 31, 2007. In connection with the preparation of the fiduciary tax returns, Poppowcer prepared all necessary working papers, supporting schedules and requests for prompt determination in accordance with Section 505(b) of the Code. A copy of Popowcer's invoice detailing its services rendered and expenses incurred is attached as Exhibit B.

7. All of the services performed and expenses incurred by Popowcer were required for proper representation of the Trustee in this case, were authorized by this Court and were performed and incurred by Popowcer at the request and direction of the Trustee.

### Payment of Compensation and Expense Reimbursement

8. Popowcer has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation or expense reimbursement received or to be received by Popowcer for services rendered or expenses incurred as accountants to the Trustee in connection with this case.

9. Popowcer has not previously received payment of any compensation for services rendered or reimbursement of expenses incurred in connection with this case. The affidavit of Lois West in support of this Application is attached as Exhibit C.

10. The proposed source for payment of the compensation and expense reimbursement requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

### Status of the Case

11. Trustee has administered all of the assets belonging to this Estate and has completed his review and analysis of the claims filed against the Estate.

12. Trustee has completed and filed his Final Report simultaneously herewith. Final fee applications for the Trustee and the Trustee's Attorneys have also been filed concurrently with this Application.

## Financial Condition of the Case

13. Trustee currently has approximately $42,000.00 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the fees and expenses allowed to Popowcer in connection with this final fee application, 3) the fees allowed to Baldi & Associates in connection with its final fee application as counsel to the Trustee, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

14. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be insufficient funds available to make a distribution to general unsecured creditors.

WHEREFORE, Jay A. Steinberg, as trustee of the Estate of Walter M. Glass, debtor, requests the entry of an order allowing to Popowcer final compensation in the amount of $3,528.00 and expense reimbursement in the amount of $24.82 for actual and necessary professional services rendered and expenses incurred as accountants to the Trustee from October 8, 2007 through the close of this case and for such other and further relief as this Court deems appropriate.

Dated: March 2, 2009

/s/ Jay A. Steinberg, as trustee
Jay A. Steinberg, Trustee
35 East Wacker Drive #1550
Chicago, IL 60601

Case 05-03412    Doc 142    Filed 03/27/09    Entered 03/27/09 16:50:58    Desc Main
Document    Page 4 of 10

Popowcer Katten
Final Fee Application

Walter M. Glass
Case No. 05-03412

Retention Order

Exhibit A

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 05-03412 |
| Walter M. Glass, | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date: August 9, 2007 |
| Debtor. | ) | Time: 9:30 a.m. |

### Order Authorizing Trustee to Employ Accountants

THIS MATTER coming on to be heard upon the Trustee's Application to Employ Accountants and the affidavit of Lois West in support thereof; due notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Jay A. Steinberg, as trustee of the estate of Walter M. Glass, debtor, is authorized to employ Lois West and the accounting firm of Popowcer Katten, Ltd. as accountants for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application therefore.

Dated: August 9, 2007         ENTER:

ENTERED
AUG - 9 2007
Judge Jacqueline P. Cox
United States Bankruptcy Court

_____
Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150

Case 05-03412   Doc 142   Filed 03/27/09   Entered 03/27/09 16:50:58   Desc Main
Document   Page 6 of 10

**Popowcer Katten**
**Final Fee Application**

**Walter M. Glass**
**Case No. 05-03412**

Billing Statements

Exhibit B



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

Invoice No. 22429
35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2207
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Walter M. Glass  (05 B 03412)
- c/o Jay Steinberg, Trustee
- 321 N. Clark Street, Suite 2800
- Chicago, IL 60610

Date: May 14, 2008                     Account No.: STZ78565L

For Professional Services Rendered:

For accounting and tax services rendered for the period October 8, 2007 through March 11, 2008 including preparation of fiduciary income tax returns for the years ended 12/31/06 and 12/31/07 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| B. Glusak | Tax Manager | 2.1 | $210. | $   441.00 |
| L. West | Bankruptcy Specialist | 14.7 | 210. | 3,087.00 |
|  | Total Hours: | 16.8 |  | $3,528.00 |

Expenses:
Postage:                                                              24.82

                    Total Due:                              $3,552.82

ESTATE OF WALTER M. GLASS (05-B-03412)
Time Sort by Date

**TAX RETURN PREPARATION**

| Date | Description | Hours | Name |
|---|---|---|---|
| 10/8/2007 | Tax Return Preparation - Preparation of workpapers and draft return for Chapter 11 period ended 12/31/06. Phone call with Andrew Maxwell, debtor's attorney. Print operating reports from pacer to analyze transactions in 2006. | 4.7 | L. West |
| 10/9/2007 | Tax Return Preparation - Finalize returns for 2006 - Chapter 11 period. Phone call with Irwin Nissen re: extension and estimated tax payments made. Prepare 505(b) letters, transmittal letters and forms 8821 and IL-2848. | 2.3 | L. West |
| 10/10/2007 | Tax Review - Review workpapers and forms 1041 / 1040 and IL-1041/IL-1041 for 2006. | 1.5 | B. Glusak |
| 10/10/2007 | Tax Return Preparation - Change address on returns per trustee's request. | 0.4 | L. West |
| 10/10/2007 | Tax Review - Review changes to returns. | 0.3 | B. Glusak |
| 10/11/2007 | Tax Review - Check assembly prior to signature. | 0.3 | B. Glusak |
| 10/11/2007 | Tax Review - Final review and sign returns for 2006. Meet with trustee to sign and mail returns. | 0.3 | L. West |
| 11/17/2007 | Tax Return Preparation - Preparation of workpapers for 12/31/07 year end. | 1.7 | L. West |
| 11/19/2007 | Tax Return Preparation - Preparation of federal and state fiduciary returns for 12/31/07. Make manual changes as required. Prepare 505(b) letters, transmittal letters and forms 8821 and IL-2848. | 4.2 | L. West |
| 11/29/2007 | Tax Return Preparation - Final review - check assembly and sign returns for 2007 (final year). | 0.3 | L. West |
| 12/27/2007 | Tax Services - Phone call with Irv Nissen (debtor's accountant) - retrieve tax returns - photo and send to Irv. | 0.5 | L. West |
| 3/11/2008 | Tax Services - Phone call to Illinois Dept. of Revenue re: status of refund. Approved for payment - check not yet issued. | 0.3 | L. West |

**Total hours    16.8**

1

**Popowcer Katten**
**Final Fee Application**

**Walter M. Glass**
**Case No. 05-03412**

**Rule 2016 Affidavit**

**Exhibit C**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 05-03412 |
| Walter M. Glass, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook    )

I, Lois West, being first duly sworn upon oath, do depose and state as follows:

1. I am a certified public accountant licensed by the State of Illinois and a manager in the Corporate Recovery Services department at the accounting firm of Popowcer Katten, Ltd. The matters set forth herein are true and correct to the best of my knowledge and belief.

2. I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Popowcer Katten, Ltd., Accountants for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Popowcer Katten, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Popowcer Katten, Ltd. has not previously received payment of any compensation for services rendered or reimbursement of expenses incurred in connection with this case. Popowcer Katten, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer Katten, Ltd.

4. Further affiant sayeth naught.

_____
Lois West

Subscribed and Sworn to before me
this 3rd day of March, 2009

_____
Notary Public

JUDITH A HUGHES
OFFICIAL SEAL
MY COMMISSION EXPIRES
MAY 27, 2012