UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| WALTER M. GLASS, ) | | Case No. 05-03412-JPC |
| ) | | |
| Debtor. ) | | Hon. JACQUELINE P. COX |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    United States Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, IL 60604

    On: **May 21, 2009**              Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                       $42,351.59

    Disbursements                                                           $196.95

    Net Cash Available for Distribution                           $42,154.64

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JAY STEINBERG<br>*Trustee Compensation* | $0.00 | $4,985.16 | $0.00 |
| BALDI & ASSOCIATES<br>*Attorney for Trustee* | $0.00 | $8,997.00 | $0.00 |
| POPOWCER KATTEN, LTD.<br>*Accountant for Trustee* | $0.00 | $3,528.00 | $24.82 |

5. Applications for Chapter 11 fees and administrative expenses have been filed *and allowed* as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| MAXWELL & POTTS<br>*Attorney for D-I-P* | $75,361.19 | $22,489.50 | $390.87 |
| *I. NISSEN & CO.*<br>*Accountant for D-I-P* | $30,094.10 | $3,424.25 | $0.00 |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>299,863.09</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000002B | Department Of The Treasury | $274,644.91 | $0.00 |
| 000006 | Oregon Department Of Revenue | $0.00 | $0.00 |
| 000015B | Department Of The Treasury | $25,218.18 | $0.00 |

7. Claims of general unsecured creditors totaling $2,298,554.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chase Manhattan Bank USA, NA | $11,610.97 | $0.00 |
| 000002A | Department Of The Treasury | $29,549.56 | $0.00 |
| 000003 | Discover Bank | $205.33 | $0.00 |
| 000004 | American Express Bank, FSB | $3,383.11 | $0.00 |
| 000005 | Maccabe & Mcguire | $6,635.10 | $0.00 |
| 000007 | MBNA America | $62,030.09 | $0.00 |
| 000008 | Downey Land Limited | $970,595.23 | $0.00 |
| 000010 | Walter Glass Sr. | $76,000.00 | $0.00 |
| 000012 | Vicky Tesmer | $44,000.00 | $0.00 |
| 000014 | IRS | $61,901.66 | $0.00 |
| 000015A | Department Of The Treasury | $4,039.16 | $0.00 |
| 000016 | B-Line, LLC/Chase Bank USA | $300.00 | $0.00 |
| 000017 | Maccabe & Mcguire | $6,635.00 | $0.00 |
| 000018 | Downey Land Limited | $1,021,669.57 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the U.S. Bankruptcy Court, No. District of Illinois, Eastern Div., 219 S. Dearborn Street, 7th Floor, Chicago IL 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **April 13, 2009**   For the Court,

By: **KENNETH S. GARDNER**
Clerk of the U.S. Bankruptcy Court
No. District of Illinois, Eastern Div.
219 S. Dearborn Street, 7th Floor
Chicago   IL  60604

Trustee:   Jay A. Steinberg, Trustee
Address:   35 East Wacker, Suite 1550
           Chicago, IL  60601-0000
Phone No.: (312) 832-4703

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Apr 13, 2009
Case: 05-03412                 Form ID: pdf002              Total Served: 45

The following entities were served by first class mail on Apr 15, 2009.
db           +Walter M Glass,   456 H East North Water Street,   Chicago, IL 60611-5510
aty          +Andrew J Maxwell, ESQ,   Maxwell Law Group, LLC,   105 West Adams Street  Ste 3200,
               Chicago, IL 60603-6209
aty          +Donna B Wallace,   Joseph A Baldi & Associates, PC,   19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Elizabeth C Berg,   Joseph A. Baldi & Associates,   19 S Lasalle Street, , Suite 1500,
               Chicago, IL 60603-1413
aty          +Joseph A Baldi,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Joy E Levy,   Arnstein & Lehr LLP,   120 S Riverside Plaza,   Suite 1200,
               Chicago, IL 60606-3910
aty          +Steven S. Potts,   Maxwell & Potts, LLC,   105 W Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
aty          +Vikram R Barad,   Maxwell & Potts, LLC,   105 W. Adams Street, Suite 3200,
               Chicago, IL 60603-6209
tr           +Jay A Steinberg, ESQ,   35 E. Wacker Drive, Suite 1550,   Chicago, IL 60601-2124
8902197       AMERICAN EXPRESS,   P.O. BOX 297804,   FT. LAUDERDALE, FL  33329-7804
9106174       American Express Bank, FSB,   c/o Becket and Lee, LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
12925887     +Andrew J Maxwell & Maxwell & Potts, LLC,   Maxwell Law Group,   105 W Adams Street Suite 3200,
               Chicago, IL 60603-6209
8902198       Bank Of America,   P.O. Box 53132,   Phoenix, AZ  85072-3132
8902199       Bank One,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE  19886-5153
8902202       CITI CARDS,   P.O. BOX 6404,   THE LAKES, NV  88901-6404
8902203       COUNTRYWIDE MORTGAGE,   P.O. Box 10219,   Van Nuys, CA  91410-0219
8902200       Capital One Services,   P.O. Box 85015,   Richmond, VA  23285-5015
8968989       Chase Manhattan Bank USA, NA,   P O Box 52176,   Phoenix, AZ 85072-2176
8902201       Chase Platinum MasterCard,   P.O. Box 52108,   Phoenix, AZ  85072-2108
8902204      +DOWNEY LAND LIMITED,   9530 EAST IMPERIAL HIGHWAY,   SUITE 3,   DOWNEY, CA 90242-3041
8902205      +GLASS GORHAM COMPANY,   7700 AUSTIN AVE.,   SKOKIE, IL 60077-2603
8902195      +GLASS WALTER M,   456 H EAST NORTH WATER STREET,   CHICAGO, IL 60611-5510
8902207     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury,   Internal Revenue Service,
               230 S Dearborn,   Stop 5016-CHI,   Chicago, IL 60604)
11272331    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: IRS,   ACS Support Stop 813G,   PO Box 145566,
               Cincinnati, OH 45250-5566)
8902206      +IRS,   2001 W. Butterfield Rd.,   Downers Grove, IL 60515-1058
12925889     +Infinity Financial Group, LLC,   Attn Steven Brasner,   1301 N Congress Avenue Suite 350,
               Boynton Beach, FL 33426-3362
12925890     +Infinity Financial Group, LLC,   5355 Town Center Road Suite 203,   Boca Raton, FL 33486-1068
12925888     +Irvin B Nissen and I Nissen & Co CPA,   9406 N Ewing,   Evanston, IL 60203-1204
8902208      +JOHN M. PROBANDT,   2233 NE 244th Suite C-1,   Wood Village, OR 97060-1070
8902209      +JOHN P. RAYNOR,   10110 NICHOLAS STREET,   SUITE 102,   OMAHA, NE 68114-2185
11272329     +Jerome F Crotty, Esq,   Rieck & Crotty, PC,   55 W Monroe St Suite 2750,   Chicago, IL 60603-5001
8902196      +MAXWELL & POTTS LLC,   105 W ADAMS,   CHICAGO, IL 60603-4109
8902210      +MBNA AMERICA,   P.O. BOX 15168  MS 1423,   WILMINGTON, DE 19850-5168
11272330      MBNA America,   PO Box 15026,   Wilmington, DE 19850-5026
8902211      +MIDCITY BANK,   304 SOUTH 42ND STREET,   OMAHA, NE 68131-3716
9140692      +MacCabe & McGuire,   77 W Wacker Dr Suite 3333,   Chicago,  IL 60601-1665
8902212      +NORTHERN TRUST BANK OF FLORIDA N.A.,   NAPLES-FIFTH AVENUE,   375 FIFTH AVENUE SOUTH,
               NAPLES, FL 34102-6549
8902213      +Novack And Macey LLP,   303 W. Madison St. Suite 1500,   Chicago, IL 60606-3380
8902215       PROVIDIAN,   P.O. BOX 660487,   DALLAS, TX  75266-0487
8902216      +TIMOTHY J. WHITE,   10110 Nicholas St. Suite 102,   Omaha, NE 68114-2185
9386228      +Vicky Tesmer,   1837 W Grand Ave.,   Chicago, IL 60622-6231
9371037      +Walter Glass Sr.,   Attn: Geoffrey M. Glass Jr.,   Glass Gorham Co.,   7700 Austin Ave.,
               Skokie, IL 60077-2603

The following entities were served by electronic transmission on Apr 14, 2009.
11141066     +E-mail/PDF: BNCEmails@blinellc.com Apr 14 2009 08:03:05      B-Line, LLC/Chase Bank USA,
               Mail Stop 550,   2101 Fourth Ave., Suite 1030,   Seattle, WA 98121-2317
9083130       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 14 2009 08:09:06      Discover Bank,
               c/o Discover Financial Services,   P O Box 8003,   Hilliard, OH 43026
8902214      +E-mail/Text: bankruptcy.revenue@state.or.us                           OREGON DEPARTMENT OF REVENUE,
               955 CENTER STREET NE,   SALEM, OR 97301-2553
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9024909*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury,   Internal Revenue Service,
               230 S Dearborn,   Stop 5016-CHI,   Chicago, IL 60604)
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Apr 13, 2009
Case: 05-03412                Form ID: pdf002          Total Served: 45

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2009**                        **Signature:**         *Joseph Speetjens*