# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-03412 |
| GLASS, WALTER M. | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
## CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JAY A. STEINBERG, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____, and it was converted to chapter 7 on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/JAY A. STEINBERG, TRUSTEE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Countrywide | | | | | |
| Five Points Bank | | | | | |
| Glass Gorham Co. | | | | | |
| NORTHERN TRUST BANK OF FLORIDA N.A. | | | | | |
| WALTER GLASS SR. | | | | | |
| WALTER GLASS SR. | | | | | |
| **TOTAL SECURED CLAIMS** | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAY STEINBERG | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI & ASSOCIATES | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW MAXWELL | | | | | |
| ANDREW MAXWELL | | | | | |
| I. NISSEN & CO. | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY | | | | | |
| OREGON DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank One | | | | | |
| Bank of America | | | | | |
| Capital One | | | | | |
| Citicards | | | | | |
| Jerome F. Crotty, Esq. | | | | | |
| John M. Probandt | | | | | |
| John Raynor | | | | | |
| Midcity Bank | | | | | |
| Novak & Macey | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Providian | | | | | |
| AMERICAN EXPRESS BANK, FSB | | | | | |
| B-LINE, LLC/CHASE BANK USA | | | | | |
| CHASE MANHATTAN BANK USA, NA | | | | | |
| DEPARTMENT OF THE TREASURY | | | | | |
| DEPARTMENT OF THE TREASURY | | | | | |
| DISCOVER BANK | | | | | |
| DOWNEY LAND LIMITED | | | | | |
| DOWNEY LAND LIMITED | | | | | |
| IRS | | | | | |
| MACCABE & MCGUIRE | | | | | |
| MACCABE & MCGUIRE | | | | | |
| MBNA AMERICA | | | | | |
| VICKY TESMER | | | | | |
| WALTER GLASS SR. | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-03412 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | GLASS, WALTER M. | | | | Date Filed (f) or Converted (c): | 11/27/06 (c) |
| | | | | | 341(a) Meeting Date: | 01/12/07 |
| For Period Ending: | 07/16/09 | | | | Claims Bar Date: | 04/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 1,100,000.00 | 0.00 | | 0.00 | FA |
| Residence: 456 H East North Water Street | | | | | |
| 2. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 100.00 | 0.00 | | 2,585.64 | FA |
| Bank One | | | | | |
| 4. HOUSEHOLD GOODS | 2,500.00 | Unknown | | 0.00 | FA |
| Household furnishings. | | | | | |
| 5. BOOKS / PICTURES | 1,000.00 | Unknown | | 0.00 | FA |
| ordinary books, pictures, etc. | | | | | |
| 6. FURS AND JEWELRY | 100.00 | Unknown | | 0.00 | FA |
| wristwatch, misc. costume jewelry | | | | | |
| 7. SPORTS AND HOBBY EQUIPMENT | 10.00 | Unknown | | 0.00 | FA |
| used ski equipment | | | | | |
| 8. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Term Insurance | | | | | |
| 9. PENSION | 0.00 | 0.00 | | 0.00 | FA |
| monthly social security benefits | | | | | |
| 10. PENSION OR PROFIT SHARING PLAN | 0.00 | 0.00 | | 0.00 | FA |
| 11. STOCK INTERESTS | 13,000.00 | 13,000.00 | | 8,900.00 | FA |
| 100 shares of Phillip Morris common stock | | | | | |
| 12. STOCK INTERESTS | Unknown | Unknown | | 0.00 | FA |
| 3008 shares 2% 2nd preferred American Louver | | | | | |
| 13. STOCK INTERESTS | 1,750.00 | 1,750.00 | | 0.00 | FA |
| 350 shares common pref American Louver (par) | | | | | |
| 14. STOCK INTERESTS | Unknown | Unknown | | 0.00 | FA |
| 630 shares 6% 1st pref American Louver | | | | | |

LFORM1

UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

Ver: 14.31c

Case 05-03412    Doc 152    Filed 07/23/09    Entered 07/23/09 10:09:36    Desc Main
Document    Page 10 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 05-03412 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | GLASS, WALTER M. | | | | Date Filed (f) or Converted (c): | 11/27/06 (c) |
| | | | | | 341(a) Meeting Date: | 01/12/07 |
| | | | | | Claims Bar Date: | 04/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 15. STOCK AND INTEREST IN BUSINESSES<br>A&G Precision Parts, LLC (20% member) | 0.00 | Unknown | | 0.00 | FA |
| 16. STOCK AND INTEREST IN BUSINESSES<br>A&G Precision Parts Finance, LLC (20% member) | 0.00 | Unknown | | 0.00 | FA |
| 17. STOCK INTERESTS<br>A.G. Edwards broker account | 3.00 | Unknown | | 9,379.56 | FA |
| 18. STOCK INTERESTS<br>Lehman Brothers broker account | 34.00 | Unknown | | 0.00 | FA |
| 19. STOCK INTERESTS<br>Letter Stock ASC (17,000 shares) | Unknown | Unknown | | 0.00 | FA |
| 20. STOCK INTERESTS<br>Letter Stock Copient Technologies | Unknown | Unknown | | 0.00 | FA |
| 21. STOCK INTERESTS<br>Letter Stock eProject (55,556 shares) | Unknown | Unknown | | 0.00 | FA |
| 22. STOCK INTERESTS<br>Letter Stock Barnet WWE (25,000 shares) | Unknown | Unknown | | 0.00 | FA |
| 23. INTERESTS IN JOINT VENTURES<br>Partial interest in Key Oil Co. 2000-1 Jt. Venture | Unknown | Unknown | | 2,082.02 | FA |
| 24. ACCOUNTS RECEIVABLE<br>Computer Systems Company/MGI (non-compete contract) | 0.00 | 0.00 | | 0.00 | FA |
| 25. ACCOUNTS RECEIVABLE<br>Loan due- G.Glass | 3,000.00 | 1,700.00 | | 0.00 | FA |
| 26. ACCOUNTS RECEIVABLE<br>Loan due - Linn Gulch (not yet due) | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 27. INTERESTS IN TRUSTS<br>membership interest in LLC owning remainder interest in qualified | Unknown | Unknown | | 0.00 | FA |

FORM 1

Page: 3

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 05-03412 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | GLASS, WALTER M. | | | | Date Filed (f) or Converted (c): | 11/27/06 (c) |
| | | | | | 341(a) Meeting Date: | 01/12/07 |
| | | | | | Claims Bar Date: | 04/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| personal residence trust | | | | | |
| 28. INTERESTS IN TRUSTS | Unknown | Unknown | | 0.00 | FA |
| various family trusts | | | | | |
| 29. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | Unknown | Unknown | | 0.00 | FA |
| lawsuit - Lisle v. Communications Services, Inc. | | | | | |
| partial interest as plaintiff | | | | | |
| 30. AUTOMOBILE | 5,000.00 | 2,800.00 | | 0.00 | FA |
| 1994 Mercedes C220 (130,000 miles) | | | | | |
| 31. TAX REFUND (u) | 0.00 | 0.00 | | 19,234.20 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 172.50 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,156,597.00 | $49,250.00 | | $42,353.92 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated sale of certain assets back to the Debtors, negotiated withdrawal of claims of two secured creditors and resolved potential objections to IRS claims.   Debtor filed amended schedule of unpaid debts in November 2008. Trustee will file final report and close case.

Initial Projected Date of Final Report (TFR): 03/30/08      Current Projected Date of Final Report (TFR): 05/31/09

LFORM1

UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

Ver: 14.31c

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-03412 -JPC | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | GLASS, WALTER M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1868 BofA - Money Market Account |
| Taxpayer ID No: | *******4317 | | | |
| For Period Ending: | 07/16/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/22/06 | 3 | WALTER GLASS | FUNDS RECEIVED FROM DEBTOR | 1129-000 | 2,585.64 | | 2,585.64 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.35 | | 2,585.99 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.20 | | 2,588.19 |
| * 02/06/07 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-003 | | 2.06 | 2,586.13 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.99 | | 2,588.12 |
| * 03/07/07 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM | 2300-003 | | -2.06 | 2,590.18 |
| 03/07/07 | 000302 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 1.96 | 2,588.22 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.20 | | 2,590.42 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.13 | | 2,592.55 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.20 | | 2,594.75 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.13 | | 2,596.88 |
| 07/11/07 | 11 | WALTER GLASS | PROCEEDS- STOCK SALE BACK TO DEBTOR | 1129-000 | 8,900.00 | | 11,496.88 |
| 07/31/07 | 17, 23 | WALTER GLASS | SALE OF STOCK/DIVIDENDS | 1129-000 | 11,411.90 | | 22,908.78 |
| 07/31/07 | 17 | ALTRIA | DIVIDEND | 1290-000 | 49.68 | | 22,958.46 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.80 | | 22,965.26 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.82 | | 22,984.08 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 14.64 | | 22,998.72 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 14.65 | | 23,013.37 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 12.29 | | 23,025.66 |
| 12/06/07 | 000303 | ILLINOIS DEPARTMENT OF REVENUE | 2007 - IL 1040 FEIN - 75-6804317 | 2820-000 | | 65.00 | 22,960.66 |
| 12/11/07 | 31 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 14,365.17 | | 37,325.83 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 14.80 | | 37,340.63 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 14.79 | | 37,355.42 |
| 02/18/08 | 000304 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 47.25 | 37,308.17 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 8.88 | | 37,317.05 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 8.82 | | 37,325.87 |

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-03412 -JPC | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | GLASS, WALTER M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1868  BofA - Money Market Account |
| Taxpayer ID No: | *******4317 | | | |
| For Period Ending: | 07/16/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 7.65 | | 37,333.52 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.74 | | 37,338.26 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.59 | | 37,342.85 |
| 07/21/08 | 31 | Daniel W. Hynes | TAX REFUND | 1224-000 | 4,869.03 | | 42,211.88 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.90 | | 42,216.78 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.36 | | 42,222.14 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.20 | | 42,227.34 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.10 | | 42,231.44 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.46 | | 42,234.90 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 2.12 | | 42,237.02 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 42,237.38 |
| 02/17/09 | 000305 | International Sureties, Ltd. | 2009 Blanket Bond Premium | 2300-000 | | 82.74 | 42,154.64 |
| | | 701 Poydras Street  #420 | Bond No. 016260455 | | | | |
| | | New Orleans   LA   70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-002 | 0.32 | | 42,154.96 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-002 | 0.36 | | 42,155.32 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-002 | 0.92 | | 42,156.24 |
| 05/22/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 0.73 | | 42,156.97 |
| 05/22/09 | | Transfer to Acct #*******2375 | Final Posting Transfer | 9999-000 | | 42,156.97 | 0.00 |
| | | | Open account for final distribution. | | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 05-03412 -JPC |
| Case Name: | GLASS, WALTER M. |
| Taxpayer ID No: | *******4317 |
| For Period Ending: | 07/16/09 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1868  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******1868

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 6 | Deposits | 42,181.42 | 6 | Checks | | 196.95 |
| 30 | Interest Postings | 172.50 | 0 | Adjustments Out | | 0.00 |
| | | | 1 | Transfers Out | | 42,156.97 |
| | Subtotal | $ 42,353.92 | | | | |
| | | | | Total | $ | 42,353.92 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ 42,353.92 | | | | |

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-03412 -JPC | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | GLASS, WALTER M. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2375  BofA - Checking Account |
| Taxpayer ID No: | *******4317 | | |
| For Period Ending: | 07/16/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/09 | | Transfer from Acct #*******1868 | Transfer In From MMA Account | 9999-000 | 42,156.97 | | 42,156.97 |
| | | | Open account for final distribution. | | | | |
| 05/22/09 | 003001 | JAY A. STEINBERG, TRUSTEE | Trustee Compensation | 2100-000 | | 4,985.16 | 37,171.81 |
| | | 5 E. Wacker Drive | | | | | |
| | | Suite 1550 | | | | | |
| | | Chicago  IL  60601 | | | | | |
| 05/22/09 | 003002 | Joseph A. Baldi & Associates | Attorney for Trustee Fees (Other Fi | 3210-000 | | 8,997.00 | 28,174.81 |
| | | 19 S. LaSalle Street  #1500 | | | | | |
| | | Chicago  IL  60603 | | | | | |
| 05/22/09 | 003003 | Popowcer & Katten, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 3,528.00 | 24,646.81 |
| | | Attn:  Lois West | | | | | |
| | | 35 East Wacker Drive  #1550 | | | | | |
| | | Chicago  IL  6601 | | | | | |
| 05/22/09 | 003004 | Popowcer & Katten, Ltd. | Accountant for Trustee Expenses (Ot | 3420-000 | | 24.82 | 24,621.99 |
| | | Attn:  Lois West | | | | | |
| | | 35 East Wacker Drive  #1550 | | | | | |
| | | Chicago  IL  6601 | | | | | |
| 05/22/09 | 003005 | Andrew Maxwell | Attorney for D-I-P Fees (Chapter 11 | 6210-160 | | 21,050.91 | 3,571.08 |
| | | 105 W. Adams St. | | | | | |
| | | Suite 3200 | | | | | |
| | | Chicago IL  60603 | | | | | |
| 05/22/09 | 003006 | Andrew Maxwell | Attorney for D-I-P Expenses (Chapte | 6220-170 | | 365.87 | 3,205.21 |
| | | 105 W. Adams St. | | | | | |
| | | Suite 3200 | | | | | |
| | | Chicago  IL  60603 | | | | | |
| 05/22/09 | 003007 | I. Nissen & Co. | Accountant for Trustee/D-I-P Fees ( | 6410-000 | | 3,205.21 | 0.00 |
| | | 9406 N. Ewing | | | | | |
| | | Evanston, IL 60203 | | | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

| Case No: | 05-03412 -JPC | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | GLASS, WALTER M. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2375 BofA - Checking Account |
| Taxpayer ID No: | *******4317 | | |
| For Period Ending: | 07/16/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******2375
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 0 | Deposits | 0.00 | 7 Checks 42,156.97 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out 0.00 |
| | | | 0 Transfers Out 0.00 |
| | Subtotal | $ 0.00 | |
| | | | Total $ 42,156.97 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 42,156.97 | |
| | Total | $ 42,156.97 | |

Report Totals
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 6 | Deposits | 42,181.42 | 13 Checks 42,353.92 |
| 30 | Interest Postings | 172.50 | 0 Adjustments Out 0.00 |
| | | | 1 Transfers Out 42,156.97 |
| | Subtotal | $ 42,353.92 | |
| | | | Total $ 84,510.89 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 42,156.97 | |
| | Total | $ 84,510.89 | Net Total Balance $ 0.00 |